UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA

v.

Criminal No. 06-002

MANUEL R. LAGMAY

### WAIVER OF INDICTMENT

I, Manuel R. Lagmay, the above named defendant, who is accused of:

**Conspiracy, 18 U.S.C. 371**

being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on January 17, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Gladys Kessler
United States District Judge