FILED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
                                :
          v.                    :     Criminal No. 06-002 (GK)
                                :
MANUEL LAGMAY,                  :
                                :
          Defendant.            :
_____:

## ORDER

It is hereby this 17th day of Jan., 2006, ~~1st day of December, 2005~~,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than March 17, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than March 24, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on March 29, 2006 at 4:15 p.m. -

IT IS SO ORDERED.

Gladys Kessler
U.S. District Judge