UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       *

Vs.                            *  Case No. 06-CR-002 (GK)

MANUEL LAGMAY                  *

**MOTION TO AUTHORIZE TRAVEL**
(Travel to Cincinnati, Ohio )

The Defendant by and through his attorney, Robert C. Bonsib, respectfully requests this Honorable Court to modify the conditions of release previously imposed in this matter and as reasons, therefore, states as follows:

1. That the Defendant is charged with act of conspiracy to commit health care fraud. The Defendant has been released, pending sentencing, on personal recognizance but requires permission to travel outside the metropolitan area.

2. The Defendant is requesting that this Honorable Court grant him authorization to travel to Cincinnati, Ohio for business purposes from Monday, March 6, 2006 through Tuesday, March 7, 2006. The Defendant is involved with a medical supply business in the Philippines and needs to meet in Cincinnati with business associates who are traveling from the Philippines to Cincinnati during that time.

3. That Assistant United States Attorney Jeannie Rhee has authorized the undersigned to represent that the government is not opposed to this request.

4. The Defendant has, to date, been complaint with his conditions of release.

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief prayed.

Respectfully submitted,

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland  20770
(301) 441-3000
Trial Bar #  423306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was mailed, postage prepaid this 28 day of February, 2006 to:

Jeannie Rhee
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D. C.  20530

_____
ROBERT C. BONSIB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   *

vs.                        *  Case No. 06-CR-002 (GK)

MANUEL LAGMAY              *

## ORDER

Upon consideration of the Defendant's Motion to Authorize Travel, it is this

_____ day of _____, 2006;

ORDERED, that the Defendant's conditions of release are hereby modified to permit his travel to Cincinnati, Ohio on Monday, March 6, 2006 and to return from Cincinnati, Ohio on Tuesday, March 7, 2006.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA