UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

vs.    * Case No. 06-CR-002 (GK)

MANUEL LAGMAY    *

### ORDER

Upon consideration of the Defendant's Motion to Authorize Travel, it is this 3rd day of March, 2006;

ORDERED, that the Defendant's conditions of release are hereby modified to permit his travel to Cincinnati, Ohio on Monday, March 6, 2006 and to return from Cincinnati, Ohio on Tuesday, March 7, 2006.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA