UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | DOCKET NO.: 1:06CR00002-001 |
| ) | |
| Manuel R. Lagmay ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on February 23, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this /3th day of March 20 06

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_Gladys Kessler_
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

3/13/06
DATE