UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

Vs.                         *   Case No.  06-CR-002 (GK)

MANUEL LAGMAY               *

## MOTION TO EXTEND TIME FOR FILING
## OBJECTIONS/COMMENTS TO THE PRE-SENTENCE REPORT

The Defendant by and through his attorney, Robert C. Bonsib, respectfully requests this Honorable Court to extend the time for filing objections/comments to the Pre-Sentence Report and as reasons, therefore, states as follows:

1. That the Defendant has entered a plea of guilty to the charge of Health Care Fraud. Sentencing is presently set for March 29, 2006.

2. That objections to the Pre-Sentence Report were due by March 9, 2006. Because of undersigned counsel's involvement in other matters, undersigned counsel did not timely provide the objections to the Probation Officer. Undersigned counsel has spoken to the Probation Officer and has indicated that undersigned counsel will have the objections to the Probation Officer no later than Wednesday, March 15, 2006, which will give the Probation Officer adequate time to complete the final Pre-Sentence Report in this matter. Undersigned counsel has been authorized to represent by United States Probation Officer Valencia Fletcher that she has no objection to this providing that her deadline for completing the final Pre-Sentence Report is extended until March 22, 2006.

Marcus & Bonsib
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

3. Undersigned counsel has also contacted Assistant United States Attorney Jeannie Rhee who has authorized the undersigned to represent that the government does not object to this request.

4. That permitting an extension of time for the filing of objections to the Pre-Sentence Report will not otherwise alter the remainder of the sentencing date in this case.

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief prayed.

Respectfully submitted,

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Trial Bar # 423306

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was mailed, postage prepaid this 15th day of March, 2006 to:

Jeannie Rhee
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D. C. 20530

_____
ROBERT C. BONSIB

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   *

Vs.                        *   Case No. 06-CR-002 (GK)

MANUEL LAGMAY              *

### ORDER

Upon consideration of the Motion to Extend Time For The Filing Of Objections To The Pre-Sentence Report filed herein, it is this _____ day of _____, 2006;

ORDERED, that the time for defense counsel to file objections to the Pre-Sentence Report in the above-captioned matter is hereby extended until March 15, 2006;

AND, IT IS FURTHER, ORDERED, that the Probation Officer's deadline for completing the final Pre-Sentence Report is extended until March 22, 2006.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000