UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

Vs.    * Case No. 06-CR-002 (GK)

MANUEL LAGMAY    *

### ORDER

Upon consideration of the Motion to Extend Time For The Filing Of Objections To The Pre-Sentence Report filed herein, it is this _14th_ day of _March_, 2006;

ORDERED, that the time for defense counsel to file objections to the Pre-Sentence Report in the above-captioned matter is hereby extended until March 15, 2006;

AND, IT IS FURTHER, ORDERED, that the Probation Officer's deadline for completing the final Pre-Sentence Report is extended until March 22, 2006.

_Gladys Kessler_
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000