# EXHIBIT NO. 1

KEVIN D. WISE
CLAYTON W. ST. LAURENT

LAW OFFICE OF

# JACK KOWITZ, P.A.

THE B & O BUILDING
2 N. CHARLES STREET
SUITE 330
BALTIMORE, MD 21201

(410) 752-7094
(410) 685-5113 FAX

May 8, 2001

International Healthcare Services, Inc.
704 Pumphrey Farm Drive
Millersville, MD 21108

Dear Manny:

Enclosed you will find the Retainer Agreement that I have drafted to retain our services to collect the debts owed to you from Ravenwood Nursing Home. Please sign the Agreement and return it along with your check for $800.00 and I will begin proceedings in your case immediately.

I thank you once again for considering our office for your legal needs and remain.

Yours very truly,

Kevin D. Wise
Attorney

KDW/ce
Enclosure

LAW OFFICE OF JACK KOWITZ, P.A.
2 NORTH CHARLES STREET, SUITE 330
BALTIMORE, MD  21201
(410) 752-7094

RETAINER AGREEMENT

CLIENT: Manuel Lagmay, International Healthcare Services, Inc. and Imedics, Inc.
Nature of Case or Work to be Performed: Collection of debts from Ravenwood
Healthcare, Inc. on Invoice Nos. RNR8-RNR17.

The undersigned a duly authorized representative of International Healthcare Services, Inc. and Imedics, Inc., Client, agrees to retain Law Office of Jack Kowitz, P.A. and its attorneys to represent its interests in the case or matter above stated.

The law office and its attorneys accept said employment and are authorized to effect a settlement or compromise, subject to client(s) approval, or to institute such legal action, or actions, as may be advisable in the Attorney's judgment in order to enforce client's rights.

For the professional services rendered, the client agrees to pay counsel a minimum fee of EIGHT HUNDRED DOLLARS ($800.00), plus an additional fee of Twelve Percent (15%) of any amount recovered, by settlement or after suit and/or arbitration proceedings have been filed. Client understands and agrees that the minimum fee is not refundable.

The minimum fee of $800.00 shall be payable with this agreement.

Costs may be advanced by the law office, including investigation and experts' fees, and said advances shall be deducted from any recovery and returned to the Attorney at the time of the disbursement of the settlement funds. Associate counsel may be employed at the discretion and expense of the Attorney.  The Attorney shall have a lien on said claim, suit or recovery for the above attorney's fees and expenses.

In the event that an appeal is taken, a new and separate agreement shall be entered into by the parties as to services and fees.

The Attorney may withdraw at any time by giving reasonable written notice and the client agrees to sign for substitution of Attorney(s) in the event of such withdrawal.

DATED  5/14/01                    CLIENT: _____

# COLUMBIA HOSPITAL FOR WOMEN ✥ MEDICAL CENTER

October 15, 2002

International Healthcare Services, Inc.
P.O. Box 1386
Millersville, MD 21108

RE:  Columbia Hospital for Women Medical Center, Inc., (the "Hospital")

Dear Sir/Madam:

The records of the Hospital indicate that you may be a creditor of or claimant against the Hospital, and this letter is being forwarded to you pursuant to §29-301.47 of the District of Columbia Code in order to advise you of the status of the Hospital's financial affairs.

The Hospital's assets included its real estate located at 2425 L Street, NW., Washington, DC 20037 (the "Real Estate"), accounts receivable (the "Receivables") and equipment (the "Equipment"). As you may know, these assets have been encumbered by indebtedness, which exceeds the Collective value of these assets. The Real Estate and much of the Equipment has been sold to unrelated and unaffiliated third parties, and the proceeds of such sales were substantially less than the indebted secured thereby. The Receivables have been placed in the hands of a third party for collection, and after payment if amounts outstanding to the Hospital's accounts receivable lender (including, interest, late charges, etc.), and costs of collection, it is unlikely that any significant amount will be available for unsecured creditors. In light of these circumstances, the Hospital will be unable to pay you any additional amounts or satisfy any claims you may now or hereafter have against the Hospital. Unfortunately, there are no remaining assets available to satisfy these debts and claims.

Although the Hospital has pursued an orderly liquidation of its assets, the debts of and claims against the Hospital far exceed its assets. Regretfully, there is no further action the Hospital can take to alter this situation.

The undersigned have been appointed as Liquidating Trustees, to continue the wind-down of the affairs of the Hospital. We expect the continuing wind-down will take between 90 to 120 days, during which time we will be addressing any remaining medical-related or business issues that may arise. You may contact us at (202)293-6512, but please understand that the Hospital has virtually no remaining assets, and no additional payments are expected to be made to you or your organization. In light of the unavailability of any assets for recovery, we would hope that pending litigation would be ceased and no additional litigation initiated, but of course, that is in your discretion. We would like to make it clear, however, that the Hospital's operations have ceased, and no funds are available to pay debts owed or judgments obtained.

CARING FOR WOMEN
AND THEIR FAMILIES

2425 L STREET, NORTHWEST
WASHINGTON, D.C. 20037

TELEPHONE [202] 293-6500

Again, we regret having to advise you of this situation, and more importantly, we regret the loss of Columbia Hospital for Women, which has served our community well for more than 100 years.

                              Very truly yours,


                              Michael M. Barch, Liquidating Trustee


                              Robin C. Newton, M.D., Liquidating Trustee

**INTERNATIONAL HEALTH CARE SERVICES, INC.**
Accounts Receivable Outstanding
September 26, 2002

| Company | Type | Number | Invoice Date | Current Date | | Amount | No of days Outstanding | | Current 1-30 days | | 31-60 days | | Over 60 days | | Finance charges | | Total Amt. due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Deaton** | | | | | | | | | | | | | | | | | |
| | Invoice | DH202 | 19-Aug-02 | 26-Sep-02 | $ | 1,155.00 | 39 | | - | $ | 1,155.00 | $ | - | $ | 5.13 | $ | 1,160.13 |
| | Invoice | DH204 | 03-Sep-02 | 26-Sep-02 | $ | 3,799.25 | 24 | | 3,799.25 | $ | - | $ | - | $ | - | $ | 3,799.25 |
| | Invoice | DH205 | 09-Sep-02 | 26-Sep-02 | $ | 1,212.00 | 18 | | 1,212.00 | $ | - | $ | - | $ | - | $ | 1,212.00 |
| | Invoice | DH206 | 16-Sep-02 | 26-Sep-02 | $ | 3,519.00 | 11 | | 3,519.00 | $ | - | $ | - | $ | - | $ | 3,519.00 |
| | Invoice | DH207 | 23-Sep-02 | 26-Sep-02 | $ | 3,291.25 | 4 | | 3,291.25 | $ | - | $ | - | $ | - | $ | 3,291.25 |
| **Total** | | | | | $ | 12,976.50 | | $ | 11,821.50 | $ | 1,155.00 | $ | - | $ | 5.13 | $ | 12,981.63 |
| check | | | | | $ | 12,976.50 | | | | | | | | | | $ | 12,981.63 |
| **Stella Maris** | | | | | | | | | | | | | | | | | |
| | Invoice | SM125 | 28-Jan-02 | 26-Sep-02 | $ | 80.00 | 242 | | - | $ | - | $ | 80.00 | $ | 8.48 | $ | 88.48 |
| 30/24 payment | Invoice | SM127 | 12-Feb-02 | 26-Sep-02 | $ | 225.00 | 227 | | - | $ | - | $ | 225.00 | $ | 22.15 | $ | 247.15 |
| | Invoice | SM137 | 22-Apr-02 | 26-Sep-02 | $ | 1,080.00 | 158 | | - | $ | - | $ | 1,080.00 | $ | 69.06 | $ | 1,149.06 |
| | Invoice | SM150 | 22-Jul-02 | 26-Sep-02 | $ | 236.25 | 67 | | - | $ | - | $ | 236.25 | $ | 4.36 | $ | 240.61 |
| | Invoice | SM155 | 26-Aug-02 | 26-Sep-02 | $ | 3,169.75 | 32 | | - | $ | 3,169.75 | $ | - | $ | 2.99 | $ | 3,172.74 |
| | Invoice | SM156 | 03-Sep-02 | 26-Sep-02 | $ | 2,511.00 | 24 | | 2,511.00 | $ | - | $ | - | $ | - | $ | 2,511.00 |
| | Invoice | SM157 | 09-Sep-02 | 26-Sep-02 | $ | 3,619.13 | 18 | | 3,619.13 | $ | - | $ | - | $ | - | $ | 3,619.13 |
| | Invoice | SM158 | 16-Sep-02 | 26-Sep-02 | $ | 3,350.00 | 11 | | 3,350.00 | $ | - | $ | - | $ | - | $ | 3,350.00 |
| | Invoice | SM159 | 23-Sep-02 | 26-Sep-02 | $ | 2,685.75 | 4 | | 2,685.75 | $ | - | $ | - | $ | - | $ | 2,685.75 |
| **Total** | | | | | $ | 16,956.88 | | $ | 12,165.88 | $ | 3,169.75 | $ | 1,621.25 | $ | 107.03 | $ | 17,063.91 |
| check | | | | | $ | 16,956.88 | | | | | | | | | | $ | 17,063.91 |
| **VA Medical Ctr** | | | | | | | | | | | | | | | | | |
| | Invoice | VA68 | 18-Feb-02 | 26-Sep-02 | $ | 1,560.00 | 221 | | - | $ | - | $ | 1,560.00 | $ | 148.89 | $ | 1,708.89 |
| | Invoice | VA89 | 15-Jul-02 | 26-Sep-02 | $ | 12,768.00 | 74 | | - | $ | - | $ | 12,768.00 | $ | 280.16 | $ | 13,048.16 |
| | Invoice | VA90 | 22-Jul-02 | 26-Sep-02 | $ | 5,235.00 | 67 | | - | $ | - | $ | 5,235.00 | $ | 96.54 | $ | 5,331.54 |
| | Invoice | VA91 | 29-Jul-02 | 26-Sep-02 | $ | 7,439.50 | 60 | | - | $ | 7,439.50 | $ | - | $ | 111.16 | $ | 7,550.66 |
| | Invoice | VA92 | 05-Aug-02 | 26-Sep-02 | $ | 8,998.50 | 53 | | - | $ | 8,998.50 | $ | - | $ | 102.96 | $ | 9,101.46 |
| | Invoice | VA93 | 12-Aug-02 | 26-Sep-02 | $ | 4,674.50 | 46 | | - | $ | 4,674.50 | $ | - | $ | 37.13 | $ | 4,711.63 |
| | Invoice | VA94 | 19-Aug-02 | 26-Sep-02 | $ | 5,098.50 | 39 | | - | $ | 5,098.50 | $ | - | $ | 22.65 | $ | 5,121.15 |
| | Invoice | VA95 | 26-Aug-02 | 26-Sep-02 | $ | 5,767.25 | 32 | | - | $ | 5,767.25 | $ | - | $ | 5.43 | $ | 5,772.68 |
| | Invoice | VA96 | 03-Sep-02 | 26-Sep-02 | $ | 6,702.00 | 24 | | 6,702.00 | $ | - | $ | - | $ | - | $ | 6,702.00 |
| | Invoice | VA97 | 09-Sep-02 | 26-Sep-02 | $ | 5,530.00 | 18 | | 5,530.00 | $ | - | $ | - | $ | - | $ | 5,530.00 |
| | Invoice | VA98 | 16-Sep-02 | 26-Sep-02 | $ | 4,100.00 | 11 | | 4,100.00 | $ | - | $ | - | $ | - | $ | 4,100.00 |
| | Invoice | VA99 | 23-Sep-02 | 26-Sep-02 | $ | 9,196.75 | 4 | | 9,196.75 | $ | - | $ | - | $ | - | $ | 9,196.75 |
| **Total** | | | | | $ | 77,070.00 | | $ | 25,528.75 | $ | 31,978.25 | $ | 19,563.00 | $ | 804.93 | $ | 77,874.93 |
| check | | | | | $ | 77,070.00 | | | - | | | | | | | $ | 77,874.93 |

Aging of Receivables - DC Office

| Company | Type | Number | Invoice Date | Current Date | Amount | No of days Outstanding | Current 1-30 days | 31-60 days | Over 60 days | Finance charges | Total Amt. due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bon Secours** | | | | | | | | | | | |
| | Invoice | 220 | 15-Jul-02 | 26-Sep-02 | $ 350.00 | 74 | $ - | $ - | $ 350.00 | $ 7.68 | $ 357.68 |
| | Invoice | 222 | 29-Jul-02 | 26-Sep-02 | $ 336.00 | 60 | $ - | $ 336.00 | $ - | $ 5.02 | $ 341.02 |
| | Invoice | 224 | 12-Aug-02 | 26-Sep-02 | $ 9,945.00 | 46 | $ - | $ 9,945.00 | $ - | $ 78.99 | $ 10,023.99 |
| | Invoice | 225 | 19-Aug-02 | 26-Sep-02 | $ 9,577.50 | 39 | $ - | $ 9,577.50 | $ - | $ 42.55 | $ 9,620.05 |
| | Invoice | 226 | 26-Aug-02 | 26-Sep-02 | $ 11,086.50 | 32 | $ - | $ 11,086.50 | $ - | $ 10.45 | $ 11,096.95 |
| | Invoice | 227 | 03-Sep-02 | 26-Sep-02 | $ 9,727.50 | 24 | 9,727.50 | $ - | $ - | $ - | $ 9,727.50 |
| | Invoice | 228 | 09-Sep-02 | 26-Sep-02 | $ 1,104.00 | 18 | 1,104.00 | $ - | $ - | $ - | $ 1,104.00 |
| | Invoice | 229 | 09-Sep-02 | 26-Sep-02 | $ 8,956.50 | 18 | 8,956.50 | $ - | $ - | $ - | $ 8,956.50 |
| | Invoice | 230 | 16-Sep-02 | 26-Sep-02 | $ 10,291.50 | 11 | 10,291.50 | $ - | $ - | $ - | $ 10,291.50 |
| | Invoice | 231 | 23-Sep-02 | 26-Sep-02 | $ 14,794.50 | 4 | 14,794.50 | $ - | $ - | $ - | $ 14,794.50 |
| **Total** | | | | | $ 76,169.00 | | $ 44,874.00 | $ 30,945.00 | $ 350.00 | $ 144.68 | $ 76,313.68 |
| check | | | | | $ 76,169.00 | | | | | | $ 76,313.68 |
| **Future Care** | | | | | | | | | | | |
| | Invoice | FCC86 | 29-Oct-01 | 26-Sep-02 | $ 25.00 | 333 | $ - | $ - | $ 25.00 | $ 3.79 | $ 28.79 |
| **Total** | | | | | $ 25.00 | | $ - | $ - | $ 25.00 | $ 3.79 | $ 28.79 |
| check | | | | | $ 25.00 | | | | | | $ 28.79 |
| **Harbor Hospital** | | | | | | | | | | | |
| | Invoice | Har35 | 19-Aug-02 | 26-Sep-02 | $ 2,688.00 | 39 | $ - | $ 2,688.00 | $ - | $ 11.94 | $ 2,699.94 |
| | Invoice | Har36 | 26-Aug-02 | 26-Sep-02 | $ 1,344.00 | 32 | $ - | $ 1,344.00 | $ - | $ 1.27 | $ 1,345.27 |
| | Invoice | Har37 | 09-Sep-02 | 26-Sep-02 | $ 876.25 | 18 | 876.25 | $ - | $ - | $ - | $ 876.25 |
| | Invoice | Har38 | 16-Sep-02 | 26-Sep-02 | $ 1,200.00 | 11 | 1,200.00 | $ - | $ - | $ - | $ 1,200.00 |
| | Invoice | Har39 | 23-Sep-02 | 26-Sep-02 | $ 2,094.00 | 4 | 2,094.00 | $ - | $ - | $ - | $ 2,094.00 |
| **Total** | | | | | $ 8,202.25 | | $ 4,170.25 | $ 4,032.00 | $ - | $ 13.21 | $ 8,215.46 |
| check | | | | | $ 8,202.25 | | | | | | $ 8,215.46 |
| **Good Samaritan** | | | | | | | | | | | |
| | Invoice | GS119 | 19-Mar-02 | 26-Sep-02 | $ 52.00 | 192 | $ - | $ - | $ 52.00 | $ 4.21 | $ 56.21 |
| **Total** | | | | | $ 52.00 | | $ - | $ - | $ 52.00 | $ 4.21 | $ 56.21 |
| check | | | | | $ 52.00 | | | | | | $ 56.21 |
| **Howard Universtiy Hospital** | | | | | | | | | | | |
| | Invoice | HU93 | 20-Aug-02 | 26-Sep-02 | $ 4,154.60 | 38 | $ - | $ 4,154.60 | $ - | $ 16.38 | $ 4,170.98 |
| | Invoice | HU95 | 03-Sep-02 | 26-Sep-02 | $ 2,823.72 | 24 | 2,823.72 | $ - | $ - | $ - | $ 2,823.72 |
| **Total** | | | | | $ 6,978.32 | | $ 2,823.72 | $ 4,154.60 | $ - | $ 16.38 | $ 6,994.70 |
| check | | | | | $ 6,978.32 | | | | | | $ 6,994.70 |

Aging of Receivables - DC Office

| Company | Type | Number | Invoice Date | Current Date | Amount | No of days Outstanding | Current 1-30 days | 31-60 days | Over 60 days | Finance charges | Total Amt. due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MD General Hospital** | | | | | | | | | | | |
| | Invoice | MG55 | 01-Jul-02 | 26-Sep-02 | $ 12.00 | 88 | $ - | $ - | $ 12.00 | $ 0.35 | $ 12.35 |
| | Invoice | MG62 | 20-Aug-02 | 26-Sep-02 | $ 151.50 | 38 | $ - | $ 151.50 | $ - | $ 0.60 | $ 152.10 |
| | invoice | MG63 | 26-Aug-02 | 26-Sep-02 | $ 8,393.50 | 32 | $ - | $ 8,393.50 | $ - | $ 7.91 | $ 8,401.41 |
| | Invoice | MG64 | 03-Sep-02 | 26-Sep-02 | $ 6,730.00 | 24 | 6,730.00 | $ - | $ - | $ - | $ 6,730.00 |
| | Invoice | MG65 | 09-Sep-02 | 26-Sep-02 | $ 4,551.00 | 18 | 4,551.00 | $ - | $ - | $ - | $ 4,551.00 |
| | Invoice | MG66 | 16-Sep-02 | 26-Sep-02 | $ 9,786.50 | 11 | 9,786.50 | $ - | $ - | $ - | $ 9,786.50 |
| | Invoice | MG67 | 23-Sep-02 | 26-Sep-02 | $ 11,864.25 | 4 | 11,864.25 | $ - | $ - | $ - | $ 11,864.25 |
| **Total** | | | | | $ 41,488.75 | | $ 32,931.75 | $ 8,545.00 | $ 12.00 | $ 8.85 | $ 41,497.60 |
| check | | | | | $ 41,488.75 | | | | | | $ 41,497.60 |
| **Millford Manor** | | | | | | | | | | | |
| | Invoice | MM64 | 13-May-02 | 26-Sep-02 | $ 135.00 | 137 | | 135.00 | | $ 7.21 | $ 142.21 |
| | Invoice | MM68 | 19-Aug-02 | 26-Sep-02 | $ 135.00 | 39 | 135.00 | | | $ 0.60 | $ 135.60 |
| | Invoice | MM57-A | 19-Aug-02 | 26-Sep-02 | $ 36.00 | 39 | 36.00 | | | $ 0.16 | $ 36.16 |
| | Invoice | MM69 | 03-Sep-02 | 26-Sep-02 | $ 135.00 | 24 | 135.00 | | | $ - | $ 135.00 |
| | | | | | | | | | | $ | $ - |
| **Total** | | | | | $ 441.00 | | $ 306.00 | $ 135.00 | $ - | $ 7.97 | $ 448.97 |
| check | | | | | $ 441.00 | | | | | | $ 448.97 |
| **Columbia** | | | | | | | | | | | |
| | Invoice | CHW02 | 19-Mar-02 | 26-Sep-02 | $ 847.20 | 192 | $ - | $ - | $ 847.20 | $ 68.57 | $ 915.77 |
| | Invoice | CHW03 | 25-Mar-02 | 26-Sep-02 | $ 1,059.00 | 186 | $ - | $ - | $ 1,059.00 | $ 82.54 | $ 1,141.54 |
| | Invoice | CHW04 | 02-Apr-02 | 26-Sep-02 | $ 785.25 | 178 | $ - | $ - | $ 785.25 | $ 58.06 | $ 843.31 |
| | Invoice | CHW05 | 09-Apr-02 | 26-Sep-02 | $ 623.40 | 171 | $ - | $ - | $ 623.40 | $ 43.91 | $ 667.31 |
| | Invoice | CHW06 | 17-Apr-02 | 26-Sep-02 | $ 1,047.75 | 163 | $ - | $ - | $ 1,047.75 | $ 69.61 | $ 1,117.36 |
| | Invoice | CHW07 | 22-Apr-02 | 26-Sep-02 | $ 1,036.51 | 158 | $ - | $ - | $ 1,036.51 | $ 66.28 | $ 1,102.79 |
| | Invoice | CHW08 | 30-Apr-02 | 26-Sep-02 | $ 1,010.03 | 150 | $ - | $ - | $ 1,010.03 | $ 60.54 | $ 1,070.57 |
| | Invoice | CHW09 | 07-May-02 | 26-Sep-02 | $ 1,222.80 | 143 | | 1,222.80 | | $ 69.02 | $ 1,291.82 |
| **Total** | | | | | $ 7,631.94 | | $ - | $ 1,222.80 | $ 6,409.14 | $ 518.54 | $ 8,150.48 |
| check | | | | | $ 7,631.94 | | | | | | $ 8,150.48 |
| **Hadley Memorial** | | | | | | | | | | | |
| **Total** | invoice | HMH1 | 20-May-02 | 26-Sep-02 | $ 910.00 | 130 | | $ 910.00 | | | $ 910.00 |
| check | | | | | $ 910.00 | | | | | | $ 910.00 |
| **TOTAL GOOD** | | | | | $ 248,901.64 | | $ 134,621.85 | $ 86,247.40 | $ 28,032.39 | $ 1,634.71 | $ 250,536.35 |
| **ACCOUNTS** | | | | | $ 248,901.64 | | | | | | $ 250,536.35 |
| | | | | | | | | | | | |
| **BAD ACCOUNT** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Ravenwood** | | | | | | | | | | | |
| | invoice | RNR8 | 20-Nov-00 | 26-Sep-02 | $ 19,165.00 | 676 | $ - | $ - | $ 19,165.00 | $ 6,189.19 | $ 25,354.19 |
| | invoice | RNR11 | 11-Dec-00 | 26-Sep-02 | $ 14,228.88 | 655 | $ - | $ - | $ 14,228.88 | $ 4,445.70 | $ 18,674.58 |
| | invoice | RNR12 | 19-Dec-00 | 26-Sep-02 | $ 23,850.25 | 647 | $ - | $ - | $ 23,850.25 | $ 7,356.42 | $ 31,206.67 |
| | invoice | RNR13 | 26-Dec-00 | 26-Sep-02 | $ 17,582.00 | 640 | $ - | $ - | $ 17,582.00 | $ 5,361.49 | $ 22,943.49 |

Aging of Receivables - DC Office

| Company | Type | Number | Invoice Date | Current Date | Amount | No of days Outstanding | Current 1-30 days | 31-60 days | Over 60 days | Finance charges | Total Amt. due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | invoice | RNR14 | 02-Jan-01 | 26-Sep-02 | $ 28,295.75 | 633 | $ - | $ - | $ 28,295.75 | $ 8,529.53 | $ 36,825.28 |
| | invoice | RNR15 | 08-Jan-01 | 26-Sep-02 | $ 22,739.26 | 627 | $ - | $ - | $ 22,739.26 | $ 6,786.35 | $ 29,525.61 |
| | invoice | RNR16 | 15-Jan-01 | 26-Sep-02 | $ 37,372.00 | 620 | $ - | $ - | $ 37,372.00 | $ 11,022.58 | $ 48,394.58 |
| TOTAL | invoice | RNR17 | 22-Jan-01 | 26-Sep-02 | $ 3,911.50 | 613 | $ - | $ - | $ 3,911.50 | $ 1,139.98 | $ 5,051.48 |
| | Paymne | Partial | 01-Jun-02 | | $ (15,000.00) | | | | | | |
| BAD ACCOUNT | | | | | $ 152,144.64 | | $ - | $ - | $ 167,144.64 | $ 50,831.25 | $ 217,975.89 |
| TOTAL ACCOUNTS | | | | | $ 401,046.28 | | $ 134,621.85 | $ 86,247.40 | $ 195,177.03 | $ 52,465.96 | $ 468,512.24 |
| | | | | | $ 416,046.28 | | | | | | |

Aging of Receivables - DC Office

| Company | Type | Number | Invoice Date | Current Date | Amount | No of days Outstanding | Current 1-30 days | 31-60 days | Over 60 days | Finance charges | Total Amt. due |
|---------|------|--------|--------------|--------------|--------|------------------------|-------------------|------------|--------------|-----------------|----------------|

1

# International Health Care Services, Inc. - West Coast
# A/R Aging Summary
### As of September 25, 2002

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Cedar-Sinai Medical Center | 0.00 | 67,638.68 | | 0.00 | 0.00 | 67,638.68 |
| City of Hope | 0.00 | 22,116.44 | | 0.00 | 0.00 | 22,116.44 |
| Glendale Adventist | 0.00 | 19,908.00 | 22,275.50 | 0.00 | 0.00 | 42,183.50 |
| Gardena Memorial Hospital | 0.00 | | | | 42,358.50 | 42,358.50 |
| Kenneth Norris Cancer Hospital | 0.00 | 6,184.56 | 1,963.56 | 6,791.00 | 0.00 | 14,939.12 |
| Pacific Alliance Medical Center | 0.00 | 5,040.00 | 2,273.88 | 0.00 | 0.00 | 7,313.88 |
| San Dimas | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| Torrance Memorial Medical Center | 0.00 | 7,444.00 | 293.10 | 0.00 | 0.00 | 7,737.10 |
| TOTAL | | 128,331.68 | 26,806.04 | 6,791.00 | 42,358.50 | 204,287.22 |

Sep 26 02 01:54p      HealthForce One      (213) 368-2311      p.1

Aging-West Coast.xls

INTERNATIONAL HEALTH CARE SERVICES, INC._WEST COAST
Accounts Receivable Outstanding
September 25, 2002

| Company | Type | Number | Due Date | Current Date | Amount | No of days Outstanding | Current 1-30 days | 31-60 days | Over 60 days | Finance charges | Total Amt. due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pacific Alliance | | | | | | | | | | | |
| | Invoice | PAC68 | 20-Jul-02 | 25-Sep-02 | $ 2,273.88 | 59 | | $ 2,273.88 | | | $ 2,273.88 |
| | Invoice | PAC70 | 27-Aug-02 | 25-Sep-02 | $ 1,176.00 | 30 | $ 1,176.00 | | | | $ 1,176.00 |
| | Invoice | PAC71 | 3-Sep-02 | 25-Sep-02 | $ 1,176.00 | 23 | $ 1,176.00 | | | | $ 1,176.00 |
| | Invoice | PAC72 | 9-Sep-02 | 25-Sep-02 | $ 1,176.00 | 17 | $ 1,176.00 | | | | $ 1,176.00 |
| | Invoice | PAC73 | 23-Sep-02 | 25-Sep-02 | $ 1,512.00 | 3 | $ 1,512.00 | | | | $ 1,512.00 |
| Total | | | | | $ 7,313.88 | | $ 5,040.00 | $ 2,273.88 | $ - | $ - | $ 7,313.88 |
| Cedars-Sinai | | | | | | | | | | | |
| | Invoice | CSM79 | 9-Sep-02 | 25-Sep-02 | $ 11,534.50 | 17 | $ 11,534.50 | | | | $ 11,534.50 |
| | Invoice | CSM79A | 9-Sep-02 | 25-Sep-02 | $ 9,206.00 | 17 | $ 9,206.00 | | | | $ 9,206.00 |
| | Invoice | CSM80 | 16-Sep-02 | 25-Sep-02 | $ 9,256.68 | 10 | $ 9,256.68 | | | | $ 9,256.68 |
| | Invoice | CSM80A | 16-Sep-02 | 25-Sep-02 | $ 11,491.00 | 10 | $ 11,491.00 | | | | $ 11,491.00 |
| | Invoice | CSM81 | 24-Sep-02 | 25-Sep-02 | $ 16,944.60 | 2 | $ 16,944.60 | | | | $ 16,944.60 |
| | Invoice | CSM81-A | 24-Sep-02 | 25-Sep-02 | $ 9,206.00 | 2 | $ 9,206.00 | | | | $ 9,206.00 |
| | | | | | $ 67,638.68 | | $ 67,638.68 | $ - | $ - | $ - | $ 67,638.68 |
| Total | | | | | | | | | | | |
| Torrance Memorial | | | | | | | | | | | |
| | Invoice | TM61 | 23-Jul-02 | 25-Sep-02 | $ 49.75 | 65 | | $ 49.75 | | | $ 49.75 |
| | Invoice | TM66 | 26-Aug-02 | 25-Sep-02 | $ 243.35 | 31 | | $ 243.35 | | | $ 243.35 |
| | Invoice | TM67 | 3-Sep-02 | 25-Sep-02 | $ 2,760.00 | 23 | $ 2,760.00 | | | | $ 2,760.00 |
| | Invoice | TM68 | 9-Sep-02 | 25-Sep-02 | $ 1,392.00 | 17 | $ 1,392.00 | | | | $ 1,392.00 |
| | Invoice | TM69 | 16-Sep-02 | 25-Sep-02 | $ 2,074.00 | 10 | $ 2,074.00 | | | | $ 2,074.00 |
| | Invoice | TM70 | 23-Sep-02 | 25-Sep-02 | $ 1,218.00 | 3 | $ 1,218.00 | | | | $ 1,218.00 |
| Total | | | | | $ 7,737.10 | | $ 7,444.00 | $ 293.10 | $ - | $ - | $ 7,737.10 |
| City of Hope | | | | | | | | | | | |
| | Invoice | COH33 | 26-Aug-02 | 25-Sep-02 | $ 2,033.56 | 31 | $ 2,033.56 | $ - | | | $ 2,033.56 |
| | Invoice | COH34 | 3-Sep-02 | 25-Sep-02 | $ 4,499.44 | 23 | $ 4,499.44 | $ - | | | $ 4,499.44 |
| | Invoice | COH35 | 9-Sep-02 | 25-Sep-02 | $ 4,137.12 | 17 | $ 4,137.12 | $ - | | | $ 4,137.12 |
| | Invoice | COH36 | 16-Sep-02 | 25-Sep-02 | $ 6,654.68 | 10 | $ 6,654.68 | $ - | | | $ 6,654.68 |
| | Invoice | COH37 | 23-Sep-02 | 25-Sep-02 | $ 4,791.64 | 3 | $ 4,791.64 | $ - | | | $ 4,791.64 |
| Total | | | | | $ 22,116.44 | | $ 22,116.44 | $ - | $ - | $ - | $ 22,116.44 |
| Kenneth | | | | | | | | | | | |
| | Invoice | KNH41 | 8-Jul-02 | 25-Sep-02 | $ 2,607.50 | 80 | | | $ 2,607.50 | | $ 2,607.50 |
| | Invoice | KNH42 | 14-Jul-02 | 25-Sep-02 | $ 4,183.50 | 74 | | | $ 4,183.50 | | $ 4,183.50 |
| | Invoice | KNH46 | 12-Aug-02 | 25-Sep-02 | $ 1,963.56 | 45 | | $ 1,963.56 | | | $ 1,963.56 |
| | Invoice | KNH49 | 3-Sep-02 | 25-Sep-02 | $ 1,670.04 | 23 | $ 1,670.04 | | | | $ 1,670.04 |
| | Invoice | KNH50 | 9-Sep-02 | 25-Sep-02 | $ 1,158.52 | 17 | $ 1,158.52 | | | | $ 1,158.52 |
| | Invoice | KNH51 | 16-Sep-02 | 25-Sep-02 | $ 1,008.00 | 10 | $ 1,008.00 | | | | $ 1,008.00 |
| | Invoice | KNH52 | 24-Sep-02 | 25-Sep-02 | $ 2,348.00 | 2 | $ 2,348.00 | | | | $ 2,348.00 |

Aging-West Coast.xls

| Company | Type | Number | Due Date | Current Date | Amount | No of days Outstanding | Current 1-30 days | 31-60 days | Over 60 days | Finance charges | Total Amt. due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total San Dimas | | | | | $ 14,939.12 | | $ 6,184.56 | $ 1,963.58 | $ 6,791.00 | $ - | $ 14,939.12 |
| Total Glendale Adventist | | | | | $ - | | $ - | $ - | $ - | $ - | $ - |
| | Invoice | GAMC5 | 29-Jul-02 | 25-Sep-02 | $ 714.00 | 59 | | $ 714.00 | | | $ 714.00 |
| | Invoice | GAMC6 | 5-Aug-02 | 25-Sep-02 | $ 4,858.00 | 52 | | $ 4,858.00 | | | $ 4,858.00 |
| | Invoice | GAMC7 | 12-Aug-02 | 25-Sep-02 | $ 6,874.00 | 45 | | $ 6,874.00 | | | $ 6,874.00 |
| | Invoice | GAMC8 | 19-Aug-02 | 25-Sep-02 | $ 7,525.00 | 38 | | $ 7,525.00 | | | $ 7,525.00 |
| | Invoice | GAMC9 | 26-Aug-02 | 25-Sep-02 | $ 2,304.50 | 31 | | $ 2,304.50 | | | $ 2,304.50 |
| | Invoice | GAMC10 | 3-Sep-02 | 25-Sep-02 | $ 4,746.00 | 23 | $ 4,746.00 | | | | $ 4,746.00 |
| | Invoice | GAMC11 | 9-Sep-02 | 25-Sep-02 | $ 6,538.00 | 17 | $ 6,538.00 | | | | $ 6,538.00 |
| | Invoice | GAMC12 | 16-Sep-02 | 25-Sep-02 | $ 3,612.00 | 10 | $ 3,612.00 | | | | $ 3,612.00 |
| | Invoice | GAMC13 | 23-Sep-02 | 25-Sep-02 | $ 5,012.00 | 3 | $ 5,012.00 | | | | $ 5,012.00 |
| | | | | | $ 42,183.50 | | $ 19,908.00 | $ 22,275.50 | $ - | $ - | $ 42,183.50 |
| Gardena Memorial | | | | | | | | | | | |
| | Invoice | GMH9 | 21-Jan-02 | 25-Sep-02 | $ 17,442.00 | 248 | $ - | $ - | $ 17,442.00 | $ 1,899.47 | $ 19,341.47 |
| | Invoice | GMH10 | 23-Jan-02 | 25-Sep-02 | $ 21,882.00 | 246 | $ - | $ - | $ 21,882.00 | $ 2,361.11 | $ 24,243.11 |
| | Invoice | GMH25 | 6-May-02 | 25-Sep-02 | $ 1,858.50 | 143 | $ - | $ - | $ 1,858.50 | $ 104.82 | $ 1,963.32 |
| | Invoice | GMH26 | 13-May-02 | 25-Sep-02 | $ 1,176.00 | 136 | $ - | $ - | $ 1,176.00 | $ 62.21 | $ 1,238.21 |
| | TOTALS | | | | $ 42,358.50 | | $ - | $ - | $ 42,358.50 | $ 4,427.61 | $ 46,786.11 |
| TOTAL ACCOUNTS | | | | | $ 204,287.22 | | $ 128,331.68 | $ 26,808.04 | $ 49,148.50 | $ 4,427.61 | $ 208,714.83 |
| | | | | | $ 204,287.22 | | | | | | $ 208,714.83 |

ro) 9/25/2002                    7:17 PM

## INTERNATIONAL HEALTH CARE SERVICES, INC.- EAST COAST
## AGING SUMMARY - ACCOUNTS RECEIVABLE
## AS OF JANUARY 22,2003

| | Current | 1-30 | 31-60 | 61-90 | >90 | TOTAL |
|---|---|---|---|---|---|---|
| 4 VETERANS HOSPITAL | | $ 21,455.12 | $ 34,343.95 | $ - | | $ 55,799.07 |
| BON SECOURS HOSPITAL | | $ 34,683.50 | $ - | $ 336.00 | | $ 35,019.50 |
| COLUMBIA HOSPITAL | | $ 4,317.09 | $ - | $ 3,314.85 | | $ 7,631.94 |
| DEATON HOSPITAL | | $ 8,287.00 | $ 42.00 | $ 42.00 | | $ 8,371.00 |
| FUTURE CARE | | $ - | $ - | $ - | | $ - |
| GOOD SAMARITAN HOSPITAL | | $ - | $ - | $ 52.00 | | $ 52.00 |
| HADLEY MEMORIAL HOSPITAL | | $ - | $ - | $ 910.00 | | $ 910.00 |
| HARBOR HOSPITAL | | $ 1,788.00 | $ - | $ - | | $ 1,788.00 |
| HOWARD RECRUITMENT | | $ - | $ - | $111,000.00 | | $ 111,000.00 |
| HOWARD UNIVERSITY HOSP | | $ 34,170.52 | $ - | $ - | | $ 34,170.52 |
| MARYLAND GEN | | $ 13,072.75 | $ - | $ - | | $ 13,072.75 |
| MILLFORD MANOR | | $ - | $ - | $ - | | $ - |
| NORTHERN VIRGINIA COM. | | $ 4,345.50 | $ - | $ - | | $ 4,345.50 |
| STELLA MARIS | | $ 4,213.50 | $ - | $ 2,701.75 | | $ 6,915.25 |
| T O T A L | | $ 126,332.98 | $ 34,385.95 | $118,356.60 | $ - | $ 279,075.53 |

INTERNATIONAL HEALTH CARE SERVICES , INC. - EAST COAST
ACCOUNTS RECEIVABLE OUTSTANDING                                                                                                                PAGE-1-
January 22, 2003

| Company | Type | Number | Due Date | Current Date | AMOUNT | No.of days Outstanding | Current 1-30 Days | 31-60 Days | OVER 60 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4VA MEDICAL CENTER | Invoice | VA 108 | 25-Nov-02 | 22-Jan-03 | $ 13,683.76 | 58 | $ - | $ 13,683.76 | $ - | $ 194.49 | $ 13,878.25 |
| | Invoice | VA 109 | 2-Dec-02 | 22-Jan-03 | $ 4,871.64 | 51 | $ - | $ 4,871.64 | $ - | $ 52.19 | $ 4,923.83 |
| | Invoice | VA 110 | 9-Dec-02 | 22-Jan-03 | $ 8,267.43 | 44 | $ - | $ 8,267.43 | $ - | $ 59.63 | $ 8,327.06 |
| | Invoice | VA 111 | 16-Dec-02 | 22-Jan-03 | $ 7,521.12 | 37 | $ - | $ 7,521.12 | $ - | $ 27.93 | $ 7,549.05 |
| | Invoice | VA 112 | 23-Dec-02 | 22-Jan-03 | $ 5,423.52 | 30 | $ 5,423.52 | $ - | $ - | $ 1.16 | $ 5,424.68 |
| | Invoice | VA 113 | 30-Dec-02 | 22-Jan-03 | $ 5,800.80 | 23 | $ 5,800.80 | $ - | $ - | $ - | $ 5,800.80 |
| | Invoice | VA 114 | 6-Jan-03 | 22-Jan-03 | $ 2,879.76 | 16 | $ 2,879.76 | $ - | $ - | $ - | $ 2,879.76 |
| | Invoice | VA 115 | 13-Jan-03 | 22-Jan-03 | $ 2,801.52 | 9 | $ 2,801.52 | $ - | $ - | $ - | $ 2,801.52 |
| | Invoice | VA 116 | 20-Jan-03 | 22-Jan-03 | $ 4,549.52 | 2 | $ 4,549.52 | $ - | $ - | $ - | $ 4,549.52 |
| TOTAL | | | | | $ 55,799.07 | | $ 21,455.12 | $ 34,343.95 | $ - | $ 335.39 | $ 56,134.46 |
| CHECK | | | | | $ 55,799.07 | | | | | | $ 56,134.46 |
| BON SECOURS HOSP | Invoice | 222 | 29-Jul-02 | 22-Jan-03 | $ 336.00 | 177 | $ - | $ - | $ 336.00 | $ 24.77 | $ 360.77 |
| | Invoice | 244 | 23-Dec-02 | 22-Jan-03 | $ 9,600.00 | 30 | $ 9,600.00 | $ - | $ - | $ 2.05 | $ 9,602.05 |
| | Invoice | 245 | 30-Dec-02 | 22-Jan-03 | $ 9,712.50 | 23 | $ 9,712.50 | $ - | $ - | $ - | $ 9,712.50 |
| | Invoice | 246 | 6-Jan-03 | 22-Jan-03 | $ 4,587.00 | 16 | $ 4,587.00 | $ - | $ - | $ - | $ 4,587.00 |
| | Invoice | 247 | 13-Jan-03 | 22-Jan-03 | $ 7,328.00 | 9 | $ 7,328.00 | $ - | $ - | $ - | $ 7,328.00 |
| | Invoice | 248 | 20-Jan-03 | 22-Jan-03 | $ 3,456.00 | 2 | $ 3,456.00 | $ - | $ - | $ - | $ 3,456.00 |
| | | | | | | | | | | | $ - |
| TOTAL | | | | | $ 35,019.50 | | $ 34,683.50 | $ - | $ 336.00 | $ 26.81 | $ 35,046.31 |
| CHECK | | | | | $ 35,019.50 | | | | | | $ 35,046.31 |
| COLUMBIA HOSPITAL | Invoice | CHW 2 | 19-Mar-02 | 22-Jan-03 | $ 847.20 | 309 | $ - | $ - | $ 847.20 | $ 118.36 | $ 965.56 |
| | Invoice | CHW 3 | 25-Mar-02 | 22-Jan-03 | $ 1,059.00 | 303 | $ - | $ - | $ 1,059.00 | $ 144.78 | $ 1,203.78 |
| | Invoice | CHW 4 | 2-Apr-02 | 22-Jan-03 | $ 785.25 | 295 | $ - | $ - | $ 785.25 | $ 104.21 | $ 889.46 |
| | Invoice | CHW 5 | 9-Apr-02 | 22-Jan-03 | $ 623.40 | 288 | $ - | $ - | $ 623.40 | $ 80.55 | $ 703.95 |
| | Invoice | CHW 6 | 17-Apr-02 | 22-Jan-03 | $ 1,047.75 | | $ 1,047.75 | $ - | $ - | $ - | $ 1,047.75 |
| | Invoice | CHW 7 | 22-Apr-02 | 22-Jan-03 | $ 1,036.51 | | $ 1,036.51 | $ - | $ - | $ - | $ 1,036.51 |
| | Invoice | CHW 8 | 30-Apr-02 | 22-Jan-03 | $ 1,010.03 | | $ 1,010.03 | $ - | $ - | $ - | $ 1,010.03 |
| | Invoice | CHW 9 | 7-May-02 | 22-Jan-03 | $ 1,222.80 | | $ 1,222.80 | $ - | $ - | $ - | $ 1,222.80 |
| TOTAL | | | | | $ 7,631.94 | | $ 4,317.09 | $ - | $ 3,314.85 | $ 447.91 | $ 8,079.85 |
| CHECK | | | | | $ 7,631.94 | | | | | | $ 8,079.85 |

INTERNATIONAL HEALTH CARE SERVICES , INC. - EAST COAST                                                                 PAGE-2-
ACCOUNTS RECEIVABLE OUTSTANDING
January 22, 2003

| Company | Type | Number | Due Date | Current Date | AMOUNT | No.of days Outstanding | Current 1-30 Days | 31-60 Days | OVER 60 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEATON HOSPITAL | Invoice | DH 215 | 18-Nov-02 | 22-Jan-03 | $ 42.00 | 65 | $ - | $ - | $ 42.00 | $ 0.74 | $ 42.74 |
| | Invoice | DH 216 | 3-Dec-02 | 22-Jan-03 | $ 42.00 | 50 | $ - | $ 42.00 | $ - | $ 0.43 | $ 42.43 |
| | Invoice | DH 219 | 30-Dec-02 | 22-Jan-03 | $ 1,797.00 | 23 | $ 1,797.00 | $ - | $ - | $ - | $ 1,797.00 |
| | Invoice | DH 220 | 6-Jan-03 | 22-Jan-03 | $ 1,620.00 | 16 | $ 1,620.00 | $ - | $ - | $ - | $ 1,620.00 |
| | Invoice | DH 221 | 14-Jan-03 | 22-Jan-03 | $ 2,524.50 | 8 | $ 2,524.50 | $ - | $ - | $ - | $ 2,524.50 |
| | Invoice | DH 222 | 20-Jan-03 | 22-Jan-03 | $ 2,345.50 | 2 | $ 2,345.50 | $ - | $ - | $ - | $ 2,345.50 |
| TOTAL | | | | | $ 8,371.00 | | $ 8,287.00 | $ 42.00 | $ 42.00 | $ 1.17 | $ 8,372.17 |
| CHECK | | | | | $ 8,371.00 | | | | | | $ 8,372.17 |
| FUTURE CARE | Invoice | | | 22-Jan-03 | | | $ - | $ - | $ - | $ - | $ - |
| TOTAL | | | | | $ - | | $ - | $ - | $ - | $ - | $ - |
| CHECK | | | | | $ - | | | | | | $ - |
| GOOD SAMARITAN HOSP | Invoice | GS 119 | 19-Mar-02 | 22-Jan-03 | $ 52.00 | 309 | $ - | $ - | $ 52.00 | $ 7.27 | $ 59.27 |
| TOTAL | | | | | $ 52.00 | | $ - | $ - | $ 52.00 | $ 7.27 | $ 59.27 |
| CHECK | | | | | $ 52.00 | | | | | | $ 59.27 |
| HADLEY MEMORIAL HOSP | Invoice | HMH 1 | 20-May-02 | 22-Jan-03 | $ 910.00 | 247 | $ - | $ - | $ 910.00 | $ 98.93 | $ 1,008.93 |
| TOTAL | | | | | $ 910.00 | | $ - | $ - | $ 910.00 | $ 98.93 | $ 1,008.93 |
| CHECK | | | | | $ 910.00 | | | | | | $ 1,008.93 |
| HARBOR HOSP | Invoice | HAR 47 | 13-Jan-03 | 22-Jan-03 | $ 1,788.00 | 9 | $ 1,788.00 | $ - | $ - | $ - | $ 1,788.00 |
| TOTAL | | | | | $ 1,788.00 | | $ 1,788.00 | $ - | $ - | $ - | $ 1,788.00 |
| CHECK | | | | | $ 1,788.00 | | | | | | $ 1,788.00 |

INTERNATIONAL HEALTH CARE SERVICES , INC. - EAST COAST
ACCOUNTS RECEIVABLE OUTSTANDING                                                                              PAGE-3-
January 22, 2003

| Company | Type | Number | Due Date | Current Date | AMOUNT | No.of days Outstanding | Current 1-30 Days | 31-60 Days | OVER 60 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOWARD UNIV.HOSP | Invoice | HU 116 | 6-Jan-03 | 22-Jan-03 | $ 5,143.73 | 16 | $ 5,143.73 | $ - | $ - | $ - | $ 5,143.73 |
| | Invoice | HU 117 | 13-Jan-03 | 22-Jan-03 | $ 20,017.52 | 9 | $ 20,017.52 | $ - | $ - | $ - | $ 20,017.52 |
| | Invoice | HU 118 | 20-Jan-03 | 22-Jan-03 | $ 9,009.27 | 2 | $ 9,009.27 | $ - | $ - | $ - | $ 9,009.27 |
| TOTAL | | | | | $ 34,170.52 | | $ 34,170.52 | $ - | $ - | $ - | $ 34,170.52 |
| CHECK | | | | | $ 34,170.52 | | | | | | $ 34,170.52 |
| HOWARD RECRUITMENT | Invoice | HUR 6 | 14-Nov-02 | 22-Jan-03 | $ 111,000.00 | 69 | $ - | $ - | $ 111,000.00 | $ 2,188.15 | $ 113,188.15 |
| | | | | | $ 111,000.00 | | $ - | $ - | $ 111,000.00 | $ 2,188.15 | $ 113,188.15 |
| | | | | | $ 111,000.00 | | | | | | $ 113,188.15 |
| MARYLAND GEN. | Invoice | MG 83 | 6-Jan-03 | 22-Jan-03 | $ 4,630.00 | 16 | $ 4,630.00 | $ - | $ - | $ - | $ 4,630.00 |
| | Invoice | MG 84 | 13-Jan-03 | 22-Jan-03 | $ 6,402.75 | 9 | $ 6,402.75 | $ - | $ - | $ - | $ 6,402.75 |
| | Invoice | MG 85 | 20-Jan-03 | 22-Jan-03 | $ 2,040.00 | 2 | $ 2,040.00 | $ - | $ - | $ - | $ 2,040.00 |
| TOTAL | | | | | $ 13,072.75 | | $ 13,072.75 | $ - | $ - | $ - | $ 13,072.75 |
| CHECK | | | | | $ 13,072.75 | | | | | | $ 13,072.75 |
| MILLFORD MANOR | | | | 22-Jan-03 | | | $ - | $ - | $ - | $ - | $ - |
| TOTAL | | | | | $ - | | $ - | $ - | $ - | $ - | $ - |
| CHECK | | | | | $ - | | | | | | $ - |
| NORTHERN VIRGINIA COM | | | | | | | | | | | |
| | Invoice | NV 5 | 6-Jan-03 | 22-Jan-03 | $ 3,577.50 | 16 | $ 3,577.50 | $ - | $ - | $ - | $ 3,577.50 |
| | Invoice | NV 6 | 14-Jan-03 | 22-Jan-03 | $ 768.00 | 8 | $ 768.00 | $ - | $ - | $ - | $ 768.00 |
| TOTAL | | | | | $ 4,345.50 | | $ 4,345.50 | $ - | $ - | $ - | $ 4,345.50 |
| CHECK | | | | | $ 4,345.50 | | | | | | $ 4,345.50 |

INTERNATIONAL HEALTH CARE SERVICES , INC. - EAST COAST
ACCOUNTS RECEIVABLE OUTSTANDING                                                                PAGE-4-
January 22, 2003

| Company | Type | Number | Due Date | Current Date | AMOUNT | No.of days Outstanding | Current 1-30 Days | 31-60 Days | OVER 60 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STELLA MARIS | Invoice | SM 159 | 23-Sep-02 | 22-Jan-03 | $ 2,701.75 | 121 | $ - | $ - | $ 2,701.75 | $ 123.51 | $ 2,825.26 |
| | Invoice | SM 174 | 6-Jan-03 | 22-Jan-03 | $ 1,569.25 | 16 | $ 1,569.25 | $ - | $ - | $ - | $ 1,569.25 |
| | Invoice | SM 175 | 13-Jan-03 | 22-Jan-03 | $ 1,886.75 | 9 | $ 1,886.75 | $ - | $ - | $ - | $ 1,886.75 |
| | Invoice | SM 176 | 20-Jan-03 | 22-Jan-03 | $ 757.50 | 2 | $ 757.50 | $ - | $ - | $ - | $ 757.50 |
| TOTAL | | | | | $ 6,915.25 | | $ 4,213.50 | $ - | $ 2,701.75 | $ 123.51 | $ 7,038.76 |
| CHECK | | | | | $ 6,915.25 | | | | | | $ 7,038.76 |
| TOTAL GOOD ACCOUNTS | | | | | $ 279,075.53 | | $ 126,332.98 | $ 34,385.95 | $ 118,356.60 | $ 3,229.14 | $ 282,304.67 |
| | | | | | $ 279,075.53 | | | | | | $ 282,304.67 |
| BAD ACCOUNT | | | | | | | | | | | |
| RAVENWOOD | Invoice | RNR 8 | 20-Nov-00 | 22-Jan-03 | $ 19,165.00 | 793 | $ - | $ - | $ 19,165.00 | $ 7,315.53 | $ 26,480.53 |
| | Invoice | RNR 11 | 11-Dec-00 | 22-Jan-03 | $ 4,228.88 | 772 | $ - | $ - | $ 4,228.88 | $ 1,569.82 | $ 5,798.70 |
| | Invoice | RNR 12 | 19-Dec-00 | 22-Jan-03 | $ 23,850.25 | 764 | $ - | $ - | $ 23,850.25 | $ 8,758.12 | $ 32,608.37 |
| | Invoice | RNR 13 | 26-Dec-00 | 22-Jan-03 | $ 17,582.00 | 757 | $ - | $ - | $ 17,582.00 | $ 6,394.80 | $ 23,976.80 |
| | Invoice | RNR 14 | 2-Jan-01 | 22-Jan-03 | $ 28,295.75 | 750 | $ - | $ - | $ 28,295.75 | $ 10,192.50 | $ 38,488.25 |
| | Invoice | RNR 15 | 8-Jan-01 | 22-Jan-03 | $ 22,739.26 | 744 | $ - | $ - | $ 22,739.26 | $ 8,122.76 | $ 30,862.02 |
| | Invoice | RNR 16 | 15-Jan-01 | 22-Jan-03 | $ 37,372.00 | 737 | $ - | $ - | $ 37,372.00 | $ 13,218.96 | $ 50,590.96 |
| | Invoice | RNR 17 | 22-Jan-01 | 22-Jan-03 | $ 3,911.50 | 730 | $ - | $ - | $ 3,911.50 | $ 1,369.86 | $ 5,281.36 |
| TOTAL | | | | | $ 157,144.64 | | $ - | $ - | $ 157,144.64 | $ 56,942.35 | $ 214,086.99 |
| CHECK | | | | | $ 157,144.64 | | | | | | $ 214,086.99 |
| TOTAL ACCOUNTS | | | | | $ 436,220.17 | | $ 126,332.98 | $ 34,385.95 | $ 275,501.24 | $ 60,171.49 | $ 496,391.66 |
| | | | | | $ 436,220.17 | | | | | | $ 496,391.66 |

# INTERNATIONAL HEALTHCARE SERVICES, INC.
## DBA - HEALTHFORCE ONE

### FACSIMILE TRANSMITTAL SHEET

| TO:<br>Mr. Steve Popkin  - CEO | FROM:<br>Manuel R. Lagmay |
|---|---|
| COMPANY:<br>Gardena Memorial Hospital | DATE:<br>4/3/2003 |
| FAX NUMBER:<br>(310) 538.6680 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER:<br>(310) 532. | SENDER'S REFERENCE NUMBER:<br>(202) 393.3559 |
| RE:<br>Account s Receivable | YOUR REFERENCE NUMBER:<br>(202) 393.4445 |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Mr. Popkin:

Enclosed please find copy of Aging of our receivable from your facility.

Sometime last January, I also wrote you a letter regarding this matter. It seems that you are ignoring this matter.  Please take note that these invoices are over one (1) year old. Please remit payment ASAP.

Very truly yours,


Manny Lagmay
President/CEO

International HealthCare Services, Inc.
Open Balance
As of April 03, 2003

| | Type | Date | Num | Aging | Open Balance |
|---|---|---|---|---|---|
| **Gardena Memorial Hospital** | | | | | |
| | Invoice | 01/21/2002 | GMH9 | 437 | 9,942.00 |
| | Invoice | 01/23/2002 | GMH10 | 435 | 21,882.00 |
| | Invoice | 05/06/2002 | GMH25 | 332 | 1,858.50 |
| | Invoice | 05/13/2002 | GMH26 | 325 | 1,176.00 |
| Total Gardena Memorial Hospital | | | | | 34,858.50 |
| **TOTAL** | | | | | 34,858.50 |

**hp officejet d145**
**printer/fax/scanner/copier**

**Fax-History Report** for
HealthForce One
(202)393-3557
Apr 03 2003 11:28am

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Apr 3 | 11:24am | Fax Sent | 13105386680 | 0:49 | 2 | OK |



**HOWARD**
**UNIVERSITY**

Office of the General Counsel

February 13, 2004

**VIA Facsimile (301)907-4588 & 1ˢᵗ Class Mail**

Michael F. Callahan
Thyden, Gross & Callahan
5601 Williard Avneue
Chevy Chase, MD 20815

Dear Mr. Callahan:

This is to acknowledge receipt of you letter dated
February 9, 2004 and the enclosed list of invoices from
International Healthcare Services, Inc.

Please be advised that all of the outstanding invoices
from this company are presently undergoing review and
verification by Howard University Hospital. I expect this
process to be concluded by the middle of next week. At
that time, your client shall be paid for those invoices
that are supported by adequate documentation. As stated in
the Hospital's letter of February 6, 2004, however, the
payment of these invoices should not be construed as a
waiver of our rights to pursue claims against your client
for damages resulting from its breach of our contract.

Sincerely,

Thomas A. Trimboli
Deputy General Counsel

# TGC
## THYDEN GROSS AND CALLAHAN
### COUNSELORS AND ATTORNEYS AT LAW

4601 WILLARD AVENUE  CHEVY CHASE,  MARYLAND 20815-4639 • TEL (301) 907 4580 • FAX (301) 907 4588

JAMES J. GROSS (MD DC)
JOHN W. THYDEN (MD VA DC)
MICHAEL F. CALLAHAN (MD VA DC)
LOIS R. FINKELSTEIN (MD MA DC)
ALEX RADICE (MD FL)
DAWN ELAINE BOWIE (MD)

February 13, 2004

MICHAEL ALLEN
FOREIGN LEGAL COUNSEL
BAR OF ENGLAND AND WALES
AARON SCHILDHAUS (DC)
INTERNATIONAL COUNSEL

TOLL FREE (800) 607 4588
TGCLAWYERS@SMARTNET

Copy by fax to (202) 806-6357
Thomas Trimboli, Esq.
Howard University Hospital
Office of General Counsel
2400 6th Street, NW
Washington, DC 20059

Re:    International Healthcare Services, Inc. ("IHSA")
       Invoices for staffing and recruitment of nurses

Dear Mr.  Trimboli:

Thank you for your letter of February 13, 2004.  Our client appreciates this communication on the progress of processing and paying IHSA's invoices.  Mr. Lagmay has instructed me to suspend any work on filing suit until the middle of next week.

At that time, IHSA will accept payment, without prejudice to either party, of the invoices for which your client has satisfactory documentation.  Please provide information regarding what additional documentation Howard requires for the invoices, if any, that are not paid at that time.

Thank you for your courtesy in this matter.

Very truly yours,
THYDEN, GROSS & CALLAHAN

Michael F. Callahan

cc: International Healthcare Services, Inc.

COPY

| Post-it® Fax Note | 7871 | Date | # of pages |
|---|---|---|---|
| To M. Lagmay | | From M. Callahan | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # (202) 393-355 | | Fax # | |

Re Howard letter + response

# HOWARD UNIVERSITY HOSPITAL
### WASHINGTON, DC 20060

15-120
540

| DATE | CHECK NO. |
|------|-----------|
| 02/13/04 | 000148628 |

BANK OF AMERICA
WASHINGTON, DC 20006

| AMOUNT |
|--------|
| *********$164,353.89 |

PAY   *One hundred sixty four thousand three hundred fifty three and 89/100 Dollars*

TO THE ORDER OF:

INTERNATIONAL HEALTHCARE
P.O. BOX 1386
MILLERSVILLE, MD 21108

AUTHORIZED SIGNATURE

⑈ ⑆148628⑈ ⑆054001204⑆ 00000200 2159⑈

## HOWARD UNIVERSITY HOSPITAL

| VENDOR NUMBER | VENDOR NAME | CHECK NUMBER | CHECK DATE | TOTAL AMOUNT |
|---------------|-------------|--------------|------------|--------------|
| 596312 | INTERNATIONAL HEALTHCARE | 000148628 | 02/13/04 | $164,353.89 |

| INVOICE NUMBER | INVOICE DATE | PO NUMBER | INVOICED AMOUNT | DISCOUNT | AMOUNT PAID |
|----------------|--------------|-----------|-----------------|----------|-------------|
| HUHR12 | 01/26/04 | -0400404-00 | 1,500.00 | | 1,500.00 |
| HU172 | 11/17/03 | -0400404-00 | 31,724.70 | | 31,724.70 |
| HU178 | 12/29/03 | -0400404-00 | 30,201.08 | | 30,201.08 |
| HU180 | 01/12/04 | -0400404-00 | 15,133.52 | | 15,133.52 |
| HU181 | 01/14/04 | -0400404-00 | 4,535.32 | | 4,535.32 |
| HU182 | 01/19/04 | -0400404-00 | 23,710.20 | | 23,710.20 |
| HU183 | 01/26/04 | -0400404-00 | 27,895.61 | | 27,895.61 |
| HU184 | 02/02/04 | -0400404-00 | 29,653.46 | | 29,653.46 |



# HOWARD
## UNIVERSITY
**Office of the General Counsel**

February 17, 2004

Michael F. Callahan
Thyden, Gross & Callahan
5601 Williard Avenue
Chevy Chase, MD  20815

Dear Mr. Callahan:

As we discussed, enclosed is check no. 148628, in the amount of $164,353.89 from  Howard University Hospital made payable to International Healthcare in payment of those invoices noted on the enclosure.  As you will see, some adjustments to the invoiced amounts were made based upon the Hospital's review of available documentation.

As stated previously, this payment should not be construed as a waiver of our rights to pursue claims against your client for damages resulting from its breach of our contract.

Sincerely,

Thomas A. Trimboli
Deputy General Counsel

Enclosure

INTERNATIONAL HEALTH CARE SERVICES , INC. - EAST COAST                    PAGE-2-
ACCOUNTS RECEIVABLE OUTSTANDING
December 18, 2002

| Company | Type | Number | Due Date | Current Date | AMOUNT | No.of days Outstanding | Current 1-30 Days | 31-60 Days | OVER 60 DAYS | FINANCE CHARGES | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEATON HOSPITAL | Invoice | DH 215 | 18-Nov-02 | 18-Dec-02 | $ 42.00 | 31 | $ 42.00 | $ - | $ - | $ 0.01 | $ 42.01 |
| | Invoice | DH 216 | 3-Dec-02 | 18-Dec-02 | $ 2,498.25 | 16 | $ 2,498.25 | $ - | $ - | $ - | $ 2,498.25 |
| | Invoice | DH 217 | 9-Dec-02 | 18-Dec-02 | $ 2,992.00 | 10 | $ 2,992.00 | $ - | $ - | $ - | $ 2,992.00 |
| TOTAL | | | | | $ 5,532.25 | | $ 5,532.25 | $ - | $ - | $ 0.01 | $ 5,532.26 |
| CHECK | | | | | $ 5,532.25 | | | | | | $ 5,532.26 |
| FUTURE CARE | Invoice | | | 18-Dec-02 | | | $ - | $ - | $ - | $ - | $ - |
| TOTAL | | | | | $ - | | $ - | $ - | $ - | $ - | $ - |
| CHECK | | | | | $ - | | | | | | $ - |
| GOOD SAMARITAN HOSP | Invoice | GS 119 | 19-Mar-02 | 18-Dec-02 | $ 52.00 | 275 | $ - | $ - | $ 52.00 | $ 6.36 | $ 58.36 |
| TOTAL | | | | | $ 52.00 | | $ - | $ - | $ 52.00 | $ 6.36 | $ 58.36 |
| CHECK | | | | | $ 52.00 | | | | | | $ 58.36 |
| HADLEY MEMORIAL HOSP | Invoice | HMH 1 | 20-May-02 | 18-Dec-02 | $ 910.00 | 213 | $ - | $ - | $ 910.00 | $ 83.04 | $ 993.04 |
| TOTAL | | | | | $ 910.00 | | $ - | $ - | $ 910.00 | $ 83.04 | $ 993.04 |
| CHECK | | | | | $ 910.00 | | | | | | $ 993.04 |
| HARBOR HOSP | Invoice | HAR 46 | 16-Dec-02 | 18-Dec-02 | $ 2,030.00 | 3 | $ 2,030.00 | $ - | $ - | $ - | $ 2,030.00 |
| TOTAL | | | | | $ 2,030.00 | | $ 2,030.00 | $ - | $ - | $ - | $ 2,030.00 |
| CHECK | | | | | $ 2,030.00 | | | | | | $ 2,030.00 |

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Ravenwood Healthcare, Inc. | * | Case No. | 02-59516-JS |
| | * | Chapter | 11 |
| | * | | |
| Debtor | * | | |

### ORDER APPROVING REVISED SECOND AMENDED DISCLOSURE STATEMENT, SETTING HEARING ON CONFIRMATION OF AMENDED PLAN, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF AMENDED PLAN, COMBINED WITH NOTICE THEREOF

A Revised Second Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by Joel L Sher, Esquire (the "Plan Sponsor") on February 1, 2006, referring to an Amended Plan under Chapter 11 of the Code filed by said party on October 28, 2005, and it having been determined after hearing on notice that the Revised Second Amended Disclosure Statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The Revised Second Amended Disclosure Statement is approved.

B. May 11, 2006 is fixed as the last day of filing written acceptances or rejections of the Amended Plan referred to above. Acceptances and rejections should be filed with the attorney for the Plan Sponsor at the address below.

C. Within 10 days after the entry of this Order, the Plan Sponsor shall transmit this Order, the Amended Plan, the Revised Second Amended Disclosure Statement, and a ballot conforming to Official Form 14 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d). The Plan Sponsor (or counsel) shall file a certificate of service.

D. If acceptances are filed for more than one Plan, preferences among the Plans so accepted may be indicated.

E. May 18, 2006, at 10:00 a.m., is fixed for the hearing on confirmation of the Amended Plan to take place in Courtroom 9-D.

F. May 11, 2006, is fixed as the last day for filing and serving pursuant to Federal Bankruptcy Rule 3020(b)(1) written objections to confirmation of the Amended Plan.


cc:  Attorney for Plan Sponsor

Joel I. Sher, Esquire
Shapiro, Sher & Guinot
2000 Charles Center South
36 S. Charles Street
Baltimore, Maryland  21201

U.S. Trustee


Disc-4.5b   (B13) − 6/29/04/ncw

**End of Order**

-2-

001355   15603-1355-29777

# TGC

## THYDEN GROSS AND CALLAHAN
### COUNSELORS AND ATTORNEYS AT LAW

4601 WILLARD AVENUE  CHEVY CHASE,  MARYLAND 20815-4639 • TEL (301) 907 4580 • FAX (301)  907 4588

JAMES J. GROSS (MD DC)
JOHN W. THYDEN (MD VA DC)
MICHAEL F. CALLAHAN (MD VA DC)
LOIS R. FINKELSTEIN  (MD DC MA)
ALEX  RADICE  (MD FL)
NELSON A. GARCIA (MD DC)
KENNETH P. BARNHART (MD DC)

MICHAEL ALLEN
FOREIGN LEGAL COUNSEL
BAR OF ENGLAND AND WALES

TOLL FREE (800) 607 4588
TGCLAWYERS@SMART.NET

February 28, 2006

International Healthcare Services, Inc.
Attn: Manny Lagmay
604 Menteth Point Drive
Millersville, MD  21108

    Re:    Ravenwood Healthcare, Inc.- Chapter 11

Dear Manny:

    Enclosed are copies of the Order and attachments.  The Ballot we discussed is marked with a paperclip.  Please sign and return it to the address indicated on the Ballot.

    Should you have any questions, comments and/or concerns, please do not hesitate to contact me.

                    Sincerely,

                    THYDEN, GROSS & CALLAHAN

                    Michael F. Callahan

MFC/arh
Enclosures:    As stated