# EXHIBIT NO. 2

*International HealthCare Services, Inc.*
*D/B/A—HealthForce One*

28 February, 2006

**The Honorable Judge Gladys Kessler**
United States District Court
For the District of Columbia
333 Constitution Avenue, Room 26A
Washington, D.C. 20001

**Dear Judge Kessler:**

I hope that this letter finds you well. I am sending you this letter to let you know that I have committed a despicable act and I am so ashamed of my guilt. My company submitted fraudulent invoices to Howard University Hospital thru Maria Teves – Upshur and got paid for it. It was wrong and I am deeply sorry. Your honor, please accept my profound and heartfelt apology.

In the light of this, it was due to my Business Circumstances that led me to succumb to Ms Maria Teves - Upshur's proposal to submit fraudulent Invoices to her office. She was cognizant of my Company's financial predicament and woes and took advantage of it. Furthermore, if I did not agree with her proposal, I was afraid she would not process our invoices on a timely manner and my company will not be able to meet our Nurses Payroll. She did this to me once, when I did not honor her request. As it was, my Company was already in need of Capital Infusion to finance our growing Payroll. Our need was such, when three (3) of our Client Hospitals filed for Bankruptcy in almost the same year. By agreeing with her, I let the needs of my Company overrule my better Judgment – I am tremendously ashamed of my guilt. I should have simply said no to her and find another way to deal with my Company's financial challenges.

On April 15, 2003, Ms Maria Teves – Upshur came to my office and proposed that my company will generate fraudulent Invoices on top of the real Invoices to be submitted to her office. She will then process these invoices for payment. She came to me with a vague threat that if I did not participate with her proposal she will no longer process our legitimate invoices as promptly as she has been doing. She told me that she was processing our invoices ahead of the normal schedule compared to other AGENCIES' invoices because I do not have sufficient funds to wait sixty (60) days before we get paid. And made mention to me that what she was doing was indeed a favor. To sum it up your honor, my company then executed the plan. We did this scheme of submitting fraudulent invoices from April 2003, until August of 2003 when Ms Maria Teves – Upshur got terminated. Allegedly, she was terminated for similar offenses dating back in 1999. This, I learned later from her superior's deposition.



Http://HealthForce-One.com

Headquarters
1108 K. Street, N.W., 2nd Floor, Washington, D.C. 20005 : Ph. (202) 393.4445 : Fax. (202) 393.3559
California
3350 Wilshire Blvd. Suite 825, Los Angeles, CA 90010 : Ph. (213) 368.2300 : Fax. (213) 368.2311



*International HealthCare Services, Inc.*
*D/B/A—HealthForce One*

**Judge Gladys Kessler**
Page 2 of 2

Your Honor, I would like to reiterate to you that my company's share was fifty percent (50%) of the two hundred ten thousand dollars ($210,000.00) loss by Howard University Hospital from my Company's involvement. Mathematically, my gain was in the amount of not more than one hundred five thousand dollars ($105,000.00). In this connection, I beg your kindest consideration that you weigh your sentence to me based upon the circumstances on why I participated on the scheme and to the total amount I gained only.

Again Your Honor, I am writing you this letter not to plead my Innocence but to let you know that I have made a terrible and shameful judgment. I am truly embarrassed by my past actions. But most of all, I beg your kind Mercy and Leniency that you please give me another chance to rectify my mistakes and shameless acts. I will promise to walk a decent, honest and respectable life. Most of all, I will heed to be a law abiding citizen of this country at all times.

I am respectfully closing this letter with a fervent belief that you shall hear my pleadings.

**Very sorrowfully yours,**

*[signature]*
**Manuel R. Lagmay**


Http://HealthForce-One.com

Headquarters
1108 K. Street, N.W., 2nd Floor, Washington, D.C. 20005 : Ph. (202) 393.4445 : Fax. (202) 393.3559
California
3350 Wilshire Blvd. Suite 825, Los Angeles, CA 90010 : Ph. (213) 368.2300 : Fax. (213) 368.2311



## Certificate of Recognition

*is hereby presented to*

# Manny R. Lagmay

On behalf of the 14th Council District and the

City of Los Angeles, we present you with this

certificate in recognition of your continued dedication,

commitment and service to the

Filipino community in Los Angeles.

October 25, 2003

## COMPANY PROFILE



# Healthforce One: The Nursing Career Innovators

**Contact Information:**

| | |
|---|---|
| Company: | International Healthcare Services, Inc. |
| President: | Manny Lagmay, R.N. |
| Year Started: | 1987 |
| Offices: | 3350 Wilshire Blvd, Suite 825 Los Angeles, CA 90010 |
| | 704 Pumphrey Farm Drive, Millersville, MD 21108 |
| Phone: | Maryland Ofc: (410) 729-7900 |
| | Los Angeles Ofc: (213) 368-2300 |
| Website: | www.healthforce-one.com |
| E-mail: | ihsi@registerednurses.com |

**Company Summary:**
International Healthcare Services Inc. is committed to integrity, open communication and in expanding their sources of qualified professionals to meet the demands of their client facilities in a timely and cost effective manner.

INTERNATIONAL Healthcare Services Inc. DBA Healthforce One is a dynamic company committed to excellence in securing and providing highly-qualified health care professionals to medical facilities.

President/C.E.O. Manny R. Lagmay is the main man behind this company which has helped over 1000 nurses find the jobs they want here in the United States.

Just recently, Healthforce One signed a contract with Washington D.C. based Howard University Hospital, the world's largest and best-known African American health care institution, to provide the hospital with a minimum of fifty (50) qualified profossional nurses from the Philippines.

All these, and more, manifest the Healthforce One commitment to leadership in providing quality nursing professionals to its hospital clients and other healthcare facilities.

Manny Lagmay trained in various specialty areas in different hosptitals for several years before working for Nursing Registries. He has been managing his own Nursing Agency since 1987, in helping fellow nurses reach the pinnacle of their dreams.

The demand of their client hosptitals is so great that they are looking for nurses from other countries particularly the Philippines, to fill-up the vacuum.

Healthforce One developed a "preceptorship program" with some teaching hospitals in Maryland for newly-arrived nurses to reorient them with U.S. hospital settings and equipment. He knows the plight of these nurses as he was once in their shoes - having been petitioned by a reputable hospital in Chicago from the Philippines.

knowledge; provision of clever guidelines for services including clinical, operational, marketing and financial expectations and to encourage an atmosphere which enables personnel to feel valued and encouraged to contribute to the successful operation of Healthforce One.

The company is looking for RN's, LPN's, LVN's CMT's/CNA's. They offer high paying rates, plus benefits

## *We are committed to quality patient care.*

*Manny Lagmay, International Healthcare Services, Inc.*

Healthforce One's offices in the U.S. have become popular among hospitals in both East and West Coasts.

Healthforce One is dedicated in achieving their goals which are: to provide healthcare facilites with carefully screened and matched professionals for supplemental staffing and short term contracts; to professionaly represent their clients' facility as their own: and to be the best service company they adhere to become.

They are also serious in attaining their objectives which include developing and maintaining relationships with healthcare facilities, which will promote quality patient care services; promotion of on-going education for personnel to enhance their skills and

like medical, dental and life insurance, paid vacation, housing accomodation and travel reimbursement. Healthforce One also provides a job search for hospital placement of foreign nurses, a fast hiring process and most of all, there are no fees for sponsorship.

The company does all these because they are innovators in the nursing healthcare industry. "My company has assisted these nurses in order for them not to be exploited by other employers. I have also helped them achieve their goals both financially and career-wise," Manny says.

For more inquiries call thier California or Maryland offices. Or visit them at their website.

# IHSI - HealthForce One to supply Howard University Hospital with RP Nurses

WASHINGTON D.C. - International Healthcare Services, Inc. D/B/A HealthForce One has signed a contract recently with Howard University Hospital, the world's largest and best-known African American health care institution, to provide the hospital with a minimum fifty qualified professional nurses from the Philippines.



*Manny R. Lagmay, R.N.*

Manny R. Lagmay, president /CEO, made the announcement even as he opened a new office in Los Angeles recently to cater to the needs of healthcare facilities in the West Coast of the United States. This office is located at 3350 Wilshire Blvd. Suite 825, Los Angeles, CA 90010, tel. (213) 368 2300.

The Maryland office is located at 704 Pumphrey Farm Drive, Millersville, MD 21108, tel (410) 729 7900. Company's website is http://HealthForce-One.com and e-mail ihsi@registerednurses.com.

Lagmay, R.N., is the man behind this dynamic company, which is committed to excellence in securing and providing highly-qualified health care professionals to medical facilities in both the East and West Coasts. He has helped over 1,000 nurses from the Philippines to find nursing positions throughout the United States.

Lagmay trained in various specialty areas in different hospital for several years before working for Nursing Registries. He has been managing his own Nursing Agency since 1987, helping fellow nurses reach the pinnacle of their dreams.

The demand for nurses by US hospitals is so great that they are looking for qualified nurses from the Philippines and other countries to fill up the vacuum.

HealthForce One has developed a "precetorship program" with some teaching hospitals in Maryland for newly arrived nurses to reorient them with US hospital settings and equipment. He knows the plight of nurses as he was once in their shoes, having been petitioned by a reputable hospital in Chicago from the Philippines.

The company is currently looking for RNs, LPNs, LVNs, CMTs, and CNAs and offers high paying rates plus benefits.

It is also developing and maintaining relationships with healthcare facilities to promote qualify patient care services, promotion of on-going, continuing education for nurses, dental and life insurance, paid vacation, housing accommodation and travel reimbursements. HealthForce One also provides a fast job search for hospital placement of foreign nurses and there are no fees for sponsorship.

"My company has assisted these nurse in order for them not to be exploited by other employers. I have also helped them achieve their goals both financially and career wise," Manny says. He also stressed out that, "[we are] not a Recruitment Agency, but a Supplemental Staffing Agency to Hospitals in need of our services."



*International Healthcare Services, Inc.*
*DBA - Healthforce One*

**Company Summary:**
International Healthcare Services, Inc. is committed to integrity, open communication and in expanding their sources of qualified professionals to meet the demands of their client facilities in a timely and cost effective manner.

**Contact Information:**
Company:   International Healthcare Services, Inc.
President:   Manny Lagmay, R.N.
Yr Started:   1987
Offices:   3350 Wilshire Blvd. #825
   Los Angeles, CA 90010
   704 Pumphrey Farm Dr.
   Millersville, MD 21108
Phone:   LA Ofc: (213) 368 2300
   Fax:   (213) 368 2311
   Toll Free: (888)939 7900
   MD Ofc: (410) 729 7900
   Fax:   (410) 729 0066
   Toll Free: (877)963 3376
Website:   http://HealthForce-One.com
E-mail:   IHSI@registerednurses.com

LICENSE, CERTIFICATION RENEWAL

SAVE THIS PORTION OF CARD AND USE REVERSE SIDE FOR NAME AND/OR ADDRESS CHANGES. BOARD MUST BE NOTIFIED OF THESE CHANGES IMMEDIATELY.

Board of

**NURSING**
4140 Patterson Avenue
Baltimore        MD 21215-2254

MANUEL R LAGMAY
927 PRESTWOOD ROAD
Baltimore, MD 21228



STATE OF MARYLAND
DEPARTMENT OF HEALTH AND MENTAL HYGIENE
LICENSE, CERTIFICATION RENEWAL

THE MARYLAND STATE BOARD OF
**NURSING**
CERTIFIES THAT
MANUEL R LAGMAY, RN
IS AN AUTHORIZED
**REGISTERED NURSE**
In accordance with the H.O.A. Title 8 of the Annotated Code of Maryland

LIC NO. R141842    EXPIRATION DATE 12/28/98



DEPARTMENT OF HEALTH AND MENTAL HYGIENE
LICENSE, CERTIFICATION RENEWAL

THE MARYLAND STATE BOARD OF NURSING
CERTIFIES THAT MANUEL R LAGMAY RN
IS AN AUTHORIZED REGISTERED NURSE
IN ACCORDANCE WITH THE OCCUPATIONS ARTICLE TITLE 8 OF THE ANNOTATED CODE OF MARYLAND

R141842    12/28/98

WHERE REQUIRED BY LAW THIS MUST BE CONSPICUOUSLY DISPLAYED IN OFFICE TO WHICH IT APPLIES.