# EXHIBIT NO. 3



# COMPETITIVE EVALUATION
January 2005

**PARTNERSHIP IN QUALITY**



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
2098 Gaither Road
Rockville, Maryland 20850

Certificate No 4811-8-2004

CERTIFICATE TO FOREIGN GOVERNMENT

In order to allow the importation of United States products into foreign countries, the U.S. Food and Drug Administration (FDA) certifies the following information concerning the product(s) to be exported listed below:

| **Name of Product(s)** | **Name of Manufacturer/Distributor, Address** |
| --- | --- |
| **See Attached List (1 Page)** | **GramsMed LLC 2225 Dakota Drive Grafton, WI 53024 USA** |

The product(s) described above (and the manufacturing/distribution site(s) which produces/distributes it) is subject to the jurisdiction of the FDA under the Federal Food, Drug and Cosmetic Act.

It is certified that the above product(s) may be marketed in, and legally exported from, the United States of America at this time. The manufacturing plant(s) in which the product(s) is produced is subject to periodic inspections. The last such inspection showed that the plant(s), at that time, appeared to be in substantial compliance with current good manufacturing practice requirements for the product(s) listed above.

Leila Lawrence
Export Team Leader
Information Processing and
Office Automation Branch
Office of Compliance
Center for Devices and
Radiological Health

**This certificate expires 24 months from the date notarized.**

COUNTY OF MONTGOMERY
STATE OF MARYLAND

Subscribed and sworn to before me this 10th of August 2004.

Cathryn N. Morris, Notary Public
Montgomery County
State of Maryland
My Commission Expires Jan. 4, 2005

GRAMSMED ASIA INC.

**Certificate to Foreign Government – Attachment (Page 1 of 1)**

| Name of Products | Name of Manufacturer & Distributor & Address |
|---|---|
| Gramsorb Synthetic Absorbable (PGA) Surgical Suture with/without surgical needles | GramsMed LLC<br>2225 Dakota Drive<br>Grafton WI, 53024 USA |
| Monograms Synthetic Monofilament Absorbable Surgical Suture with/without surgical needles | |
| Surgical Catgut Plain & Chromic Surgical Sutures With/without surgical needles | |
| Natural Nonabsorbable Silk Surgical Sutures With/without surgical needles | |
| Nonabsorbable Polyester Surgical Sutures With/without surgical needles | |
| Nonabsorbable Polypropylene Surgical Sutures With/without surgical needles | |
| Nonabsorbable Polyamide (Nylon) Surgical Sutures With/without surgical needles | |

"END OF PRODUCT LIST"



Opening

REPUBLIC OF THE PHILIPPINES
DEPARTMENT OF HEALTH
BUREAU OF FOOD AND DRUGS
ALABANG, MUNTINLUPA
Metro Manila

LTO NO. RDI-RIII-MDI-61

# LICENSE TO OPERATE
## as a MEDICAL DEVICE DISTRIBUTOR/IMPORTER

Pursuant to Administrative Order No. 56 s. 1989 in implementation of the provisions of Republic Act No. 3720, as amended, otherwise known as "Foods, Drugs and Devices and Cosmetics Act," License is hereby issued to operate a distributor, specifically as a **Medical Device Distributor/Importer** in favor of:

Name of Establishment : GRAMSMED ASIA, INC.

Address : #7 Argonaut Highway corner Efficiency Avenue, Subic Bay Industrial Park, Phase I, Subic Bay Freeport Zone, Olongapo, Zambales

Owner : GRAMSMED ASIA, INC.

same establishment having been found to comply with the General Regulations governing the licensing of a medical device establishment, especially, as a **Medical Device Distributor/Importer**.

This License shall be valid until 05 July 2006, unless subsequently renewed by this Office after inspection.

This License is subject to suspension or revocation anytime, should a violation of any provision of **R.A.** 3720, as amended and/or **R.A.** 5921, as amended (Pharmacy Law) and/or the regulations issued thereunder be committed.

All medical device products to be distributed and sold by the subject establishment shall be registered with **BFAD** prior to their introduction into domestic commerce.

This License must be displayed in a very conspicuous place within the medical device establishment to facilitate inspection.

**WITNESS MY HAND**, and the Seal of this Office, this 5th day of July, 19xx 2005.

Prof. LETICIA-BARBARA B. GUTIERREZ, M.S.
Director IV

Date Issued: 7/4/05 Official Receipt: 8784610 Amount: ₱4,000.00

REVALIDATION

| Year | | | | |
|---|---|---|---|---|
| O.R. | | | | |
| Date | | | | |
| Valid until | | | | |

gzb/rbm

See attached list of sources.



Republic of the Philippines
Department of Health
**BUREAU OF FOOD & DRUGS**
Filinvest Corporate City, Alabang, Muntinlupa City

**PSD Form 2**
**MD-** 0000820

**BFAD Registration No.:** DVR-5781
Registration Status : [x] I [ ] R

# CERTIFICATE OF PRODUCT REGISTRATION

**Pursuant to the provisions of Republic Act 3720 as amended, known as the Foods, Drugs, Devices and Cosmetics Act, the product described hereunder has been found to conform with the requirements and standards for registration of medical devices per existing regulations in force as of date hereof.**

**Product Name** : GRAMS MONOGRAMS SYNTHETIC ABSORBABLE SUTURE (STERILE)

**Manufacturer** : Gramsmed, LLC - U.S.A.

**Trader** :

**Importer** /Dist.: Gramsmed Aisa, Inc. - Olongapo, Zambales

**Distributor** :

**Approved Use** : Indicated for use in general, soft tissue approximation and/or ligation, including use in ophthalmic procedures, but not for use in cardiovascular and neurological procedures.

**This registration shall be valid for** one **year (s) and shall expire on** 27 January 2007 **subject to the conditions listed on the reverse side.**

**No change in the formulation, labeling and commercial presentation of this product shall be made at any time during the effectivity of this registration without prior written approval of this Office.**

**This registration is subject to suspension, cancellation or recall should any violation of Republic Act 3720 and/or regulations issued thereunder involving the product be committed.**

**Witness My Hand and Seal of this Office this** 27th **day of** January **20**06

**BY AUTHORITY OF THE SECRETARY OF HEALTH**

**Prof. LETICIA-BARBARA B. GUTIERREZ, M.S.**
**Director**

RSN 05E-568

BFAD
BUREAU OF FOOD AND DRUGS ★ REPUBLIC OF THE PHILIPPINES ★ DEPARTMENT OF HEALTH

Republic of the Philippines
Department of Health
**BUREAU OF FOOD & DRUGS**
Filinvest Corporate City, Alabang, Muntinlupa City

FSD Form 2
MD- 0000924

**BFAD Registration No.:** DVR-5715
Registration Status : [x] I [ ] R

# CERTIFICATE OF PRODUCT REGISTRATION

**Pursuant to the provisions of Republic Act 3720 as amended, known as the Foods, Drugs, Devices and Cosmetics Act, the product described hereunder has been found to conform with the requirements and standards for registration of medical devices per existing regulations in force as of date hereof.**

**Product Name** : GRAMS POLYSTER NON-ABSORBABLE SUTURE (STERILE)
Sizes: 2-0 (3.0 Metric) 36" x 90 cm

**Manufacturer** : Gramsmed, LLC - Grafton, USA

**Trader** :

**Importer** /Dist. Gramsmed Asia, Inc. - Olongapo. Zambales

**Distributor** :

**Approved Use** : For use in general soft tissue approximation and/or ligation, including use in cardiovascular, ophthalmic and neurological procedures.

**This registration shall be valid for ..one year (s) and shall expire on .........06 December 2006......... subject to the conditions listed on the reverse side.**

**No change in the formulation, labeling and commercial presentation of this product shall be made at any time during the effectivity of this registration without prior written approval of this Office.**

**This registration is subject to suspension, cancellation or recall should any violation of Republic Act 3720 and/or regulations issued thereunder involving the product be committed.**

**Witness My Hand and Seal of this Office this .6th...... day of .........December........ 20 .05...**

**BY AUTHORITY OF THE SECRETARY OF HEALTH**

**Prof. LETICIA-BARBARA B. GUTIERREZ, M.S.**
**Director**



Republic of the Philippines
Department of Health
**BUREAU OF FOOD & DRUGS**
Filinvest Corporate City, Alabang, Muntinlupa City

**PSD Form 2**
**MD-** 0000922

**BFAD Registration No.:** DVR-5716
Registration Status : [x] I [ ] R

# CERTIFICATE OF PRODUCT REGISTRATION

**Pursuant to the provisions of Republic Act 3720 as amended, known as the Foods, Drugs, Devices and Cosmetics Act, the product described hereunder has been found to conform with the requirements and standards for registration of medical devices per existing regulations in force as of date hereof.**

**Product Name** : GRAMS NYLON NON-ABSORBABLE SUTURE (STERILE)
Sizes: 2-0 (3.0 METRIC) 30" x 75 cm
4-0 (1.5 METRIC) 18" x 45 cm

**Manufacturer** : Gramsmed, LLC - Grafton, USA

**Trader** :

**Importer** : Gramsmed Asia, Inc. - Olongapo, Zambales

**Distributor** :

**Approved Use** : For use in general soft tissue approximation and/or ligation, including use in cardiovascular, ophthalmic and neurological procedures.

**This registration shall be valid for** one **year (s) and shall expire on** 06 December 2006 **subject to the conditions listed on the reverse side.**

**No change in the formulation, labeling and commercial presentation of this product shall be made at any time during the effectivity of this registration without prior written approval of this Office.**

**This registration is subject to suspension, cancellation or recall should any violation of Republic Act 3720 and/or regulations issued thereunder involving the product be committed.**

**Witness My Hand and Seal of this Office this** 6th **day of** December **20** 05

**BY AUTHORITY OF THE SECRETARY OF HEALTH**

**Prof. LETICIA-BARBARA B. GUTIERREZ, M.S.**
**Director**

Republic of the Philippines
Department of Health
**BUREAU OF FOOD & DRUGS**
Filinvest Corporate City, Alabang, Muntinlupa City

MD-0000123

**BFAD Registration No.:** DVR-5714
Registration Status : [x] I [ ] R

# CERTIFICATE OF PRODUCT REGISTRATION

**Pursuant to the provisions of Republic Act 3720 as amended, known as the Foods, Drugs, Devices and Cosmetics Act, the product described hereunder has been found to conform with the requirements and standards for registration of medical devices per existing regulations in force as of date hereof.**

**Product Name** : GRAMS SILK NON ABSORBABLE SUTURE (STERILE)
Sizes: 2-0 (3.0 Metric) 30" x 75 cm
3-0 (2.0 Metric) 18" x 45 cm
0 (3.5 Metric) 30" x 75 cm
1 (4.0 Metric) 30" x 75 cm
5-0 (1.0 Metric) 18" x 45 cm
4-0 (1.5 Metric) 18" x 45 cm

**Manufacturer** : Gramsmed, LLC - Grafton, USA

**Trader** :

**Importer** /Dist: Gramsmed Asia, Inc. - Olongapo, Zambales

**Distributor** :

**Approved Use** : For use in general soft tissue approximation and/or ligation, including use in cardiovascular and ophthalmic and neurological procedures.

**This registration shall be valid for** one **year (s) and shall expire on** 06 December 2006 **subject to the conditions listed on the reverse side.**

**No change in the formulation, labeling and commercial presentation of this product shall be made at any time during the effectivity of this registration without prior written approval of this Office.**

**This registration is subject to suspension, cancellation or recall should any violation of Republic Act 3720 and/or regulations issued thereunder involving the product be committed.**

**Witness My Hand and Seal of this Office this** 6th **day of** December **20** 05.

**BY AUTHORITY OF THE SECRETARY OF HEALTH**

**Prof. LETICIA-BARBARA B. GUTIERREZ, M.S.**
**Director**

RSN 05F-530



REPUBLIC OF THE PHILIPPINES
**DEPARTMENT OF HEALTH**
**BUREAU OF FOOD AND DRUGS**
Civic Drive, Filinvest Corporate City
Alabang

MALAYA AT MALUSOG
NA PAMAYANAN

LTO No. RDI-RIII-MDI-61

| | | |
|---|---|---|
| NAME OF ESTABLISHMENT | : | GRAMSMED ASIA, INC. |
| ADDRESS | : | #7 Argonaut Highway corner Efficiency Avenue, Subic Bay Industrial Park, Phase I, Subic Bay Freeport Zone, Olongapo, Zambales |
| LIST OF SOURCES | : | |
| 05 July 2005 | : | GRAMSMED, LLC-U.S.A. |

06/07/05 [signature]

*"Smoking is Dangerous to your Health"*

CUT OFF THIS STRIP

READ INSTRUCTIONS ON REVERSE SIDE

# The University of the State of New York

THIS IS TO CERTIFY THAT QUALIFICATIONS FOR PROFESSIONAL PRACTICE IN NEW YORK STATE HAVING BEEN APPROVED

**THE STATE EDUCATION DEPARTMENT**

HAS REGISTERED 3684733

LAGMAY MANUEL RABOT
927 PRESTWOOD ROAD
BALTIMORE MD 21228-0000

FOR PRACTICE IN NEW YORK STATE AS A (N)

REGISTERED PROFESSIONAL NURSE

03/31/02 — REGISTRATION PERIOD ENDS

505735-1 — LICENSE/CERTIFICATE NO.

SIGNATURE OF REGISTRANT

COMMISSIONER OF EDUCATION

REGISTRATION CERTIFICATE ··· NOT A LICENSE

689871

READ INSTRUCTIONS ON REVERSE SIDE

8-063465

CUT OFF THIS STRIP

CUT OFF THIS STRIP

SBDMC, Inc.
Admin Bldg. Argonaut cor. Rizal Highways
Subic Bay Industrial Park
Subic Bay Freeport Zone 2222
Telephone: (6347) 252-3456

# STATEMENT OF ACCOUNT

**GRAMSMED ASIA, INC.**
**Lot 4, Braveheart Street**
**Subic Bay Industrial Park, Phase I**
**Subic Bay Freeport Zone**

| DATE |
|---|
| 1/17/2006 |

Attention: **Mr. Manuel R. Lagmay**

Page 1

Set forth below is the summary of your unpaid account(s) to date. In the event that the said account(s) has been paid, please notify us immediately to adjust our records accordibngly

| DATE | BILL NO. | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 11/10/2005 | 05BI0856 | Base Rent (11/02/2005-12/31/2005) | US$2,654.07 | | US$2,654.07 |
| 11/10/2005 | 05BI0857 | Service Fee (11/02/2005-12/31/2005) | US$1,061.63 | | US$1,061.63 |
| 12/12/2005 | 05BI0955 | Service Fee (01/01/2006-06/30/2006) | US$3,036.54 | | US$3,036.54 |
| 12/20/2005 | 05BI0965 | Base Rent (01/01/2006-06/30/2006) | US$8,097.43 | | US$8,097.43 |

TOTAL **US$14,849.67**

PENALTY **US$250.05**

| CURRENT | 30 DAYS | 60 DAYS | 60+ DAYS | AMOUNT DUE |
|---|---|---|---|---|
| | US$11,133.97 | US$3,715.70 | | |

**NOTES:**

1. **Computation of Penalty Charges**
   Base Rent or Service Fee - 2% of the overdue amount for each 30 day period
2. **Please remit your payment to the bank account stated below:**

A/C NAME: **SBDMC, Inc.**
A/C NUMBER: **201-060-00059-4**
BANK NAME: **Chinatrust (Phils.) Commercial Bank Corporation (Subic Bay Branch)**

| Prepared by | Checked by: | Noted by: |
|---|---|---|
| JONATHAN I. ONG<br>Accounting Supervisor | JUNIVER S. DELGADO<br>Finance & Accounting Manager | ROLAND P. ADDUN<br>Senior Manager |

**SBDMC, INC.**
蘇比克灣開發管理中心

Administration Building
Subic Bay Industrial Park Argonaut
Cor. Rizal Highways
Subic Bay Freeport Zone
Philippines 2222

Tel. No. +63 47 252-3456
+63 47 252-6811
+63 2 894-1546
Fax No. +63 47 252-6401
E-Mail fad@sbip-sbdmc.com
Website www.sbip-sbdmc.com

***Developer and Administrator of the Subic Bay Industrial Park***

6 February 2006

**GRAMSMED, ASIA INC.**
Lot 4, Braveheart Street
Subic Bay Industrial Park Phase I
Subic Bay Freeport Zone

Attention: **MR. MANUEL R. LAGMAY**
President

**Gentlemen:**

Attached is the computation of your obligations for power, water, garbage, insurance, hosing rental at 41B Mango Drive and your unpaid Base Rent and Service Fee as of 31 January 2006 at Lot 4, Braveheart Street, Subic Bay Industrial Park. To wit:

| | |
|---|---|
| Utilities | Php19,297.57 |
| House rental | US$ 996.43 |
| Base Rent & Service Fee | US$5,571.36 |

Should you have queries, please do not hesitate to call our Accounting office.

Thank you.

Very truly yours,

**JUNIVER S. DELGADO**
Finance and Accounting Manager

**GRAMSMED, ASIA INC.**
**41B Mango Drive, Binictican Housing**

**UTILITIES**

| | | |
|---|---|---|
| **Power** | | |
| Oct. 13 to Nov. 12, 2005 | 2,783.18 | |
| Non. 12 to December 13, 2005 | 3,357.91 | |
| Dec. 13 - to Jan. 12, 2006 | 3,991.61 | |
| Jan. 12 to Feb 6, 2006 (3,377.57x 25/30) | 2,814.64 | 12,947.34 |
| **Water** | | |
| Oct. 23 to Nov. 23, 2005 | 821.12 | |
| Nov. 23 to Dec. 22, 2005 | 625.76 | |
| Dec. 22 to Jan. 25. 2006 | 1,303.60 | |
| Jan. 25 to Feb. 6, 2006 (916.83 x 12/30) | 366.73 | 2,750.48 |
| **Garbage** | | |
| October | 561.00 | |
| November | 549.00 | |
| December | 540.00 | |
| January | 529.50 | |
| February 6 (544.88 x 6/28) | 116.76 | 2,296.26 |
| **Insurance** | | |
| November | 405.53 | |
| December | 405.53 | |
| January | 405.53 | |
| February 6 (405.53 x 6/28) | 86.90 | 1,303.49 |
| **TOTAL PESO LIABILITIES** | | **19,297.57** |
| **HOUSE RENTAL** | | |
| December | 450.00 | |
| January | 450.00 | |
| Febuary 6 US$450 x 6/28) | 96.43 | 996.43 |
| **BASE RENT and SERVICE FEE** | | |
| Base Rent (11/02/05-12/31/05) | 2,654.07 | |
| Base Rent (January) | 1,349.57 | |
| Service Fee (11/02/05-12/31/05) | 1,061.63 | |
| Service Fee (January) | 506.09 | 5,571.36 |
| **TOTAL DOLLAR LIABILITIES** | | **6,567.79** |

***Note: The Sec. Dep. of US$450 will be refunded to the tenant if they are already cleared with their obligations including but not limited to telephone calls.***




*The Counselor for Commercial Affairs*
*Embassy of the United States of America*

*Judy R. Reinke*

*requests the pleasure of the company of*

*«Salutation» «FirstName» «LastName»*

*at a Cocktail Reception for the Philippine launch of*
**Ferno-Washington, Inc.**
*the global leader in professional emergency and healthcare products*

*Thursday, the 2nd of February 2006 at 6 o'clock in the evening*
*Ballroom, Dusit Hotel Nikko*

*Ferno Washington Inc. is represented in the Philippines by U-Net Distributors Corporation/ Medtecs International Corp. Ltd.*

*R.S.V.P. on or before January 27, 2006*
*Dey Robles or Ylen Rumeral – 888 60 78*
*or fax back the enclosed reply form to 888 66 06*

*Attire: Business*

*The Counselor for Commercial Affairs*
*Embassy of the United States of America*

*Judy R. Reinke*
*requests the pleasure of the company of*

*«Salutation» «FirstName» «LastName»*

*at a Cocktail Reception for the Philippine launch of*
**Ferno-Washington, Inc.**
*the global leader in professional emergency and healthcare products*

*Thursday, the 2nd of February 2006 at 6 o'clock in the evening*
*Ballroom, Dusit Hotel Nikko*

*Ferno Washington Inc. is represented in the Philippines by U-Net Distributors Corporation/ Medtecs International Corp. Ltd.*

*R.S.V.P. on or before January 27, 2006*
*Dey Robles or Ylen Rumeral – 888 60 78*
*or fax back the enclosed reply form to 888 66 06*

*Attire: Business*

Healthcare, Inc
Premier
Inc
California Office:
3350 Wilshire Blvd
Suite 1210
Los Angeles, CA 90010
Maryland
Drive