# EXHIBIT NO. 4

**Digna D. Lagmay**
**604 Menteth Point Drive**
**Millersville, MD 21108-1450**
**Tel. # (410) 864-8570**

March 22, 2006

**Hon. Judge Gladys Kessler**
**United States District Court**
For the District of Columbia
333 Constitution Avenue
Washington, D.C 20001

RE: MANUEL R. LAGMAY

**Dear Judge Kessler:**

    I have known my husband for over ten (10) years. When I first met him, we are both working as a Staff Nurse at Bon Secours Hospital in Batimore, Maryland. He was working at the Intensive Care Unit and I was assigned at the Telemetry Unit. He was well liked by our peers and superiors. Aside from his being a hard - working Nurse he was also very courteous, caring and compassionate to his patients. He was a model nurse in every way that is why I have learned to love him very much.

    My husband, Manuel Lagmay is a good provider and very responsive to all our needs as a family. He loves and adore all his children. When it comes to our children, his tenet is that "Good Education is all that we can give as legacy to them" that is why he put the needs of our children to school first amongst others. I could go on and on telling you more good qualities about my husband but he is also a human being bound to make mistakes. With the case with Howard University Hospital – he is contrite and feels sorry about the whole sordid matter. Our family has never been the same since this matter came into being.

    Your honor, please value my comments into consideration. I beg you to show mercy and leniency in sentencing.

                                           **Very respectfully yours,**

                                           **Digna D. Lagmay**

Liza B. Agcaoili
8330 Haskell Avenue, Apt. 222
North Hills, CA 91343

**February 8, 2006**

### CERTIFCATION

To Whom It May Concern:

This is to certify that I, Liza B. Agcaoili, R.N., has known Manuel R. Lagmay, R.N. for several years and all those years that I have known him, I have never heard nor seen him in trouble with the law.

Further, I attest that he is a law abiding citizen and a person with Good Moral Character. This certification is issued upon the request of Mr. Manuel R. Lagmay for whatever legal purpose it may serve him.

For further questions, please feel free to call me at (818) 285.0419.

Very truly yours,

*[signature]*
Liza B. Agcaoili, R.N.



# Full Speed Freight Systems, Inc.

27-AR2 & AR3, Burgundy Corporate Tower, #252 Sen. Gil J. Puyat Avenue, Makati City 1200 Philippines
Telephone No.: (632) 8894981   Telefax No.: (632) 8449514   http://www.fullspeed.com.ph

03 February 2006

## CERTIFICATION

**To whom it may concern:**

This is to certify that I, **Vangie P. Rodriguez**, General Manager of Full Speed Freight Services, Inc. have known **Manuel R Lagmay, R.N.** for the past several years. I have known him as a person with Religious conviction and with Good Moral Character.

Should you have questions, please feel free to call me at (632) 844 95 14.

This Certification is issued upon the request of **Mr. Manuel R. Lagmay, R.N.** for whatever legal purpose it may serve him.

**Very truly yours,**

**Vangie P. Rodriguez**
**General Manager**

*Spinning The World Faster*

**GRAMS**

*GramsMed, LLC*
*2225 Dakota Drive, Grafton, Wisconsin 53024 U.S.A.*

262-375-3110 • Fax: 262-375-0313 • E-mail: dgrams@gramsmed.com • Internet: www.gramsmed.com

March 2, 2006

Hon. Judge Gladys Kessler
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: MANUEL LAGMAY

Dear Judge Kessler:

I would like to vouch for the integrity and character of Manuel Lagmay. I have known Manny for roughly ten years, and I have had conducted numerous business transactions with him. We have developed a very good business relationship.

My company manufactures and distributes surgical sutures and other medical devices. Manny has been acquiring our products for many years for distribution in the Philippines. I hope to continue this relationship.

Manny is a hard-working, successful businessman, and he always conducts himself in a professional manner. I have never had a dispute with him, and he has always been very honest with me. Manny is well organized and appropriately tracks deals through to the end. He often goes the extra mile to be sure that his customers are satisfied.

In my opinion, Manny is a model citizen, and he is a pleasure to work with.

Please take my comments into consideration, and please show leniency in sentencing.

Best regards,

David S. Grams
CEO