UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       *

Vs.                            *   Case No. 06-CR-002 (GK)

MANUEL LAGMAY                  *

## CONSENT MOTION TO RETURN PASSPORT
## FOR INTERNATIONAL TRAVEL

The Defendant by and through his attorney, Robert C. Bonsib, respectfully requests this Honorable Court to authorize Pre-Trial Services to return the Defendant's passport to him and as reasons, therefore, states as follows:

1. That on March 29, 2006, the Defendant was sentenced as a result of his guilty plea to conspiracy to commit health care fraud. He was granted 60 days voluntary surrender and permitted to travel to the Philippines prior to the date of his voluntary surrender.

2. That with the consent of the government, the Court ordered and authorized the return of his passport for the purposes of the Defendant's travel to the Philippines.

3. That Pre-Trial Services advised undersigned counsel that a written Order of Court is necessary in order for the passport to be returned. Inasmuch as the Court has already authorized and ordered the return of the passport, it is respectfully requested that this Honorable Court sign the attached Order confirming its oral, in-court granting of the Defendant's request for the temporary return of his passport for purpose of the Defendant's travel to the Phillipines.

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief prayed.

Respectfully submitted,

/S/

---

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Trial Bar # 423306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was mailed, postage prepaid this 30th day of March, 2006 to:

Jeannie Rhee
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D. C. 20530

/S/

---

ROBERT C. BONSIB

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

vs.                         * Case No. 06-CR-002 (GK)

MANUEL LAGMAY               *

## ORDER

Upon consideration of the Defendant's Motion to Return his Passport and with the consent of the government, it is this _____ day of _____, 2006;

ORDERED, that Pre-Trial Services is hereby authorized and directed to return the Defendant's passport to him for purposes of his travel to the Philippines and,

IT IS FURTHER, ORDERED, that within the next business day after his return the Defendant is directed to return his passport to the Pre-Trial Services Office.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000