UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     *

vs.                          *  Case No. 06-CR-002 (GK)

MANUEL LAGMAY                *

### ORDER

Upon consideration of the Defendant's Motion to Return his Passport and with the consent of the government, it is this 30th day of March, 2006;

ORDERED, that Pre-Trial Services is hereby authorized and directed to return the Defendant's passport to him for purposes of his travel to the Philippines and,

IT IS FURTHER, ORDERED, that within the next business day after his return the Defendant is directed to return his passport to the Pre-Trial Services Office.

*Gladys Kessler*
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000