HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA         **RECEIVED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-06-0002 |
| | : | |
| vs. | : | SSN: |
| | : | |
| Lagmay, Manuel | : | Disclosure Date: February 23, 2006 |

MAR -9 P 3:28

U.S. PROBATION OFFICE
E. BARRETT PRETTYMAN
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

**FILED**

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )   There are no material/factual inaccuracies therein.   *except that the prosecuting attorney is Jeannie S. Rhee (202) 514-9832*

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          3-8-06
**Prosecuting Attorney**                                **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
**Defendant**                    **Date**          **Defense Counsel**              **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 9, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
         United States Probation Officer

**MARCUS & BONSIB**
ATTORNEYS AT LAW
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 116
GREENBELT, MARYLAND 20770

BRUCE L. MARCUS
ROBERT C. BONSIB
TARA A. HARRISON
JOSEPH A. COMPOFELICE, JR.

301-441-3000
FACSIMILE 301-441-3003

RECEIVED

2006 MAR 16 A 9:17

U.S. PROBATION OFFICE
E. BARRETT PRETTYMAN
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

March 14, 2006

FAXED

*VIA FACSIMILE AND REGULAR MAIL*

Valencia Fletcher
United States Probation Officer
United States Probation Office
333 Constitution Avenue, N.W.
Suite 2800
Washington, D. C. 20001-2866

FILED

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   United States v. Lagmay
      Case No. 06-CR-002
      PSR Objections/Comments

Dear Ms. Fletcher:

Mr. Lagmay has reviewed the initial draft of the Pre-Sentence Report. His comments or objections are as follows:

Paragraph 15 -- Mr. Lagmay disagrees with the characterization of the relationship between him and the Unit Secretary as set forth beginning in the second sentence of Paragraph 15. Mr. Lagmay contends that on April 15, 2003, the Unit Secretary, Marie Tevos-Upshur came to his office and made the suggestion that he submit fraudulent invoices and she would then arrange to approve the invoices and submit them to the Payroll Department for payment.

She initially wanted 60% of the payments and offered Mr. Lagmay 40%. There were subsequent negotiations and Mr. Lagmay and Ms. Tevos-Upshur ultimately agreed that she would keep 40% of the monies and Mr. Lagmay would receive 60% inasmuch as he would be required to pay 10% to his bookkeeper. His bookkeeper, Grace Flores, agreed to take that 10% in the form of an increase in her salary.

Valencia Fletcher
United States Probation Officer
March 14, 2006
Page Two

      Mr. Lagmay has no other objections/corrections or additions to the Pre-Sentence Report.

                                    Sincerely,

                                    Robert C. Bonsib

RCB/dmc
cc: AUSA Jeannie Rhee