IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO.: 1:06-CR-2 |
| | * | |
| MANUAL LAGMAY | * | |

## MOTION TO RETURN PASSPORT

The Defendant by and through his attorney, Robert C. Bonsib, respectfully request this Honorable Court to authorize the return of the passport to the Defendant's wife, Digna Lagmay and as reasons therefore states as follows:

1. Defendant in the above-captioned matter was indicted in a health care fraud indictment. The Defendant ultimately pled guilty to the charges against him and has been sentenced.

2. The Defendant is currently serving a term of imprisonment as a result of the sentence imposed in the above captioned matter. The Defendant has complied with all of the previously set conditions of release, one of which was the surrender of his passport.

The Defendant is now desires of having his passport returned to his wife and is respectfully requesting that this Honorable Court authorize the return of the passport to the his wife, Digna Lagmay.

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief requested.

Respectfully submitted,

_____
ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Bar # 423-306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid this 21st day of December, 2006 to: Office of the United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530.

_____
ROBERT C. BONSIB

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO.: 1:06-CR-2 |
| | * | |
| MANUAL LAGMAY | * | |

## ORDER

Upon consideration of the Defendant's Motion for Return of Passport it is this

_____ day of _____, 200__;

ORDERED, that the Defendant's passport is ordered to be returned to his wife, Digna Lagmay.

---

HONORABLE GLADIS KESSLER
UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA