IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     \*

                                               \*

V.                                            \*      CASE NO.: 1:06-CR-2

                                               \*

MANUAL LAGMAY                \*

**FILED**

JAN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Defendant's *unopposed* Motion for Return of Passport it is this 5th day of January 2007,

ORDERED, that the Defendant's passport is ordered to be returned to his wife, Digna Lagmay.

*[signature]*
HONORABLE GLADIS KESSLER
UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA